FILED
03-10-2022
Register in Probate
Racine County
2022PR000094

**BY THE COURT:**

**DATE SIGNED: March 10, 2022**

Electronically signed by Bruce Fishbain
Probate Registrar



STATE OF WISCONSIN, CIRCUIT COURT, RACINE COUNTY

IN THE MATTER OF THE ESTATE OF

MALCOLM ISAIAH JAMES
Name

☐ Amended

**Letters of Special Administration
(Formal Administration)**

Case No. 2022PR000094

To: SHERRY JAMES
1316 16th Street Apt. 209
Racine, WI 53403

The decedent, with date of birth 10-29-1993 and date of death 06-01-2021, was domiciled in Racine County, State of Wisconsin.

You are granted

☒ only these specific powers: Authority to begin, maintain, manage, settle, and otherwise participate in all lawsuits involving the decedent or the decedent's estate. Request medical records, request discovery and or issue subpoenas for medical records. Obtain an Employer Identification Number and open an estate account. Deposit any settlement proceeds into the estate account. No distributions shall be made to any beneficiaries without further order of the Court.

☐ all the same powers, duties and liabilities as a personal representative.
  ☐ Except: _____

Other: _____

*(COURT SEAL)*

| Form completed by: (Name) | |
|---|---|
| Attorney Danielle Burza-Smith | |
| Address | |
| 440 Science Dr. STE 101 | |
| Madison, WI 53711 | |
| Telephone Number | Bar Number |
| 608-447-0006 | 1123938 |

PR-1853, 10/10 Letter of Special Administration (Formal Administration)   §§867.15, 867.17, and 879.57, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.