FILED
03-10-2022
Register in Probate
Racine County
2022PR000094

BY THE COURT:

DATE SIGNED: March 10, 2022

Electronically signed by Bruce Fishbain
Probate Registrar

---

**STATE OF WISCONSIN, CIRCUIT COURT, RACINE COUNTY**

IN THE MATTER OF THE ESTATE OF

Malcolm Isaiah James
Name

☐ Amended

**Order for Special Administration
(Formal Administration)**

Case No. 2022PR000094

A Petition for Special Administration was filed or the court acts on its own motion.

**THE COURT FINDS:**

1. The decedent, with date of birth 10/29/1993 and date of death 06/01/2021 was domiciled in Racine County, State of Wisconsin, with a mailing address of 2425 19th Street, Racine, WI 53403.

2. The court has jurisdiction, is the proper venue and there is a statutory basis for appointment of a special administrator.

3. Notice was
   ☐ given to all persons entitled to notice.
   ☒ waived.
   ☐ deemed unnecessary by the court and the appointment should be made without delay.

☐ 4. Other: _____

**THE COURT ORDERS:**

1. Letters of special administration be issued to _____, mailing address _____.

2. ☐ A signature bond   ☐ A surety bond   in the sum of $ _____ is required.
   ☒ No bond is required.

3. The special administrator is granted
   ☒ A. only these specific powers and duties: Authority to begin, maintain, manage, settle, and otherwise participate in all lawsuits involving the decedent or the decedent's estate. Request medical records, request discovery and or issue subpoenas for medical records. Obtain an Employer Identification Number and open an estate account. Deposit any settlement proceeds into the estate account. No distributions shall be made to any beneficiaries without further order of the Court.
   ☐ B. *(following a hearing on notice to, or waiver of notice by, all interested parties)* all the same powers, duties and liabilities as a personal representative.
      ☐ Except: _____

☐ 4. Other: _____

PR-1852, 10/10 Order for Special Administration (Formal Administration)   §§867.07, 867.13, 867.17, 879.05 and 879.57, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

Case 2:22-cv-00344-PP   Filed 03/18/22   Page 1 of 2   Document 1-4

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL IF SIGNED BY A CIRCUIT COURT JUDGE.**

| Form completed by: (Name) | |
|---|---|
| Attorney Danielle Burza-Smith | |
| Address | |
| 440 Science Dr. STE 101 | |
| Madison, WI 53711 | |
| Telephone Number | Bar Number |
| 608-447-0006 | 1123938 |

PR-1852, 10/10 Order for Special Administration (Formal Administration)   §§867.07, 867.13, 867.17, 879.05 and 879.57, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:22-cv-00344-PP   Filed 03/18/22   Page 2 of 2   Document 1-4
Page 2 of 2