

# Medical Staff Narrative Note

**CORRECTIONAL CARE**

<u>Patient Name:</u> <u>James, Malcolm</u> <u>DOB:</u> <u>10/29/1993</u> <u>ID#:</u><u>108534</u>

| Date/Time | Content/ Note |
|---|---|
| 6/1/2021 | Medical was called to assist security staff in the removal of the prongs from a taser at approximately 2230. Writer was unable to remove prongs and suggested to Sgt. Rodriquez that maybe the parametics could be called to have them removed. Meanwhile, security staff were still attempting to remove the prongs and they were restraining the pt with their body leaning forward as the prongs were located in the Pt's back. Medical was then asked to assess the pt as the pt then became unresponsive. Writer attempted to use the ammonia packet to arouse pt but it did not work. Pulse ox meter was then placed on the pt's finger and no reading showed. Writer attempted to feel for a pulse mannually and could not feel one and asked Sgt. Rodriguez to call 911. At that time pt was still restrained in the ERC and writer informed security that pt needed to be placed on the ground to continue life saving measures. Once pt was placed on the ground AED pads were applied and no shock was given. Writer was checking pt for breathing when rescuse arrived and took over care. CKristiansen, RN |



**EXHIBIT**

**9**

# Mental Health Clinical Contact/Monitoring

**MEND** CORRECTIONAL CARE

Name: James, Malcolm  DOB: 10-29-93  ID: 108534  Gender: ☒ M  ☐ F
Appraisal Date: 6-1-21  Inmate Status: SCW/Admin  Allergies: See file  Out/Court Date: 6-1-21
Reason for Contact: ☐ Patient Request  ☐ C-SSRS  ☐ Crisis Intervention  ☐ Flagged at MH Screen  ☐ MH Code SUC
Sources of Information: ☒ Interview  ☒ Chart Review  ☐ Collateral Record Review  ☒ Staff Consult
☐ BDI Score _____  ☐ Dep/MH Sx Tracking  ☐ PHQ9  ☐ GAD7  ☐ CAGE

MAR Reviewed: ☐ Yes  ☒ No Current Meds

Relevant History/Inmate's Reported Concerns: Follow up due to SCW status; Inmate seen at cellfront due to security concerns. Inmate remained sitting on bunk with head down and refused to answer any questions. Court deputies present and state he wouldn't cooperate to go to court. He covered his head with his blanket

**Mental Status** (circle those that apply)

Consciousness/Orientation:  alert  fully oriented  person  place  time  situation
Appearance:  normal  poor hygiene  disheveled  inappropriate  other:_____
Motor Activity:  normal  agitated  slowed  repetitive  other:_____
Speech:  normal  slowed  pressured  mute  other:_____
Affect:  appropriate  labile  restricted  blunted  other:_____
Mood:  euthymic  dysphoric  elevated  depressed  other:_____
Memory:  normal  immediate impaired  recent impaired  remote impaired  other:_____
Judgement/Insight:  intact  impaired insight  denial of disorder  external locus  other:_____
Attention/Focus:  good  inattentive  confused  vigilant  other:_____
Thought Form:  linear/goal directed  circumstantial  tangential  loosening  other:_____
Thought Content:  no abnormalities  poverty of thought  delusional (clarify):_____  other:_____
Perception:  no abnormalities  disassociation  hallucinations (clarify):_____  other:_____

*REFUSED*

Other Relevant Mental Health Status Observations:_____

**Current Risk Assessment:**  Danger to SELF (Intent, Plan, Means)  ☐ None  ☐ Imminent
Danger to OTHERS (Intent, Plan, Means)  ☐ None  ☐ Imminent

**Clinical Summary:**_____

**Diagnostic Impression:**_____
☐ No Mental Health Diagnosis - Normal Response to Situation or Circumstance

**Follow-Up:**
☐ None  ☐ Low < 6 months  ☐ Medium < 3 months  ☐ High < 2 weeks  ☒ Next Follow-up : Next clinic day
☒ Supportive/Talk Therapy
☒ Refer to Medical Provider for Medication Consideration  (Already on list for provider)
☐ Outside Psychiatric Evaluation
☐ Inpatient Psychiatric Admission

**Placement Recommendations:**  ☐ No Placement Concerns (including Inmate Worker, Program Participation)
☒ Yes - See Special Precautions Form
☒ Single Cell  ☐ Double/Tanked Cell

**Outcome of Team Collaboration/Consultation:**_____

MH Professional Name & Signature: _____ CCSW MHP  Date: 6-1-21  Time: 1428

Medical Provider Name & Signature: _____ Ramus APNP  Date: 6/2/21  Time: 0930

Litisha Ramus APNP

Mental Health Clinic Contact  Version 1  Copyright © 2021 MEnD Correctional Care, PLLC

COPY



# Medical Staff Narrative Note



CORRECTIONAL CARE

Patient Name: James, Malcolm  DOB: 10-29-1993  ID#:108534

| Date/Time | Content/ Note |
|---|---|
| 6-1-2021 1100 | At approx. 0945, writer attempted to see pt. in cell and perform a nursing assessment and neuro check. CO advised that medical not enter cell due to pt. being unpredictable and displaying physically aggressive/assaultive behaviors. Pt. was sitting up on bunk, tapping his foot on the ground. Pt. was quiet. Pt. had green blanket pulled up over head and shoulders. When writer spoke to pt., pt. stopped tapping his foot. Writer asked pt. how he was feeling, but pt. did not answer writer. Writer asked pt. to face writer, but pt. refused that as well. Pt.'s skin color on BLE is consistent with pt.'s ethnicity. Pt. does not appear to be in distress at this time. Writer briefly spoke with the Provider and informed Provider that jail staff do not advise medical to see pt. at this time. Pt. will be scheduled a Provider visit when safe to do so. Pt. is on 15 minute checks due to being on SCW. Officers will alert medical as needed. Will reattempt to see pt. on 6-2-2021. E. Swift, RN |


CORRECTIONAL CARE

# Medical Staff Narrative Note

Patient Name: James,Malcolm  DOB: 05/31/21  ID#:108534

| Date/Time | Content/ Note |
|---|---|
| 05/31/21 2055 | At around 2055 during an ERC check pt. was much more alert and oriented than writer has seen throughout each and every check. Writer able to hold conversation/small talk with writer and staff. When asked pt. if he knew where he was he stated "Yeah, racine, Wisconsin." Pt. would not let writer assess pupils however pupil size about 3-4. Pt. would not allow writer to do any assessments on him. ----------------------CVelezRN |

6/1/21

Litisha Ramus APNP

# Medical Staff Narrative Note



**CORRECTIONAL CARE**

<u>Patient Name:</u> James, Malcolm <u>DOB:</u> 05/31/21 ID#:108534

| Date/Time | Content/ Note |
|---|---|
| 05/31/21 1850 | Writer went to intake to try to assess pt. after multiple occurances of pt. banging head on cell throughout the past few days. Pt was sent out Saturday May 29, and was cleared from the hospital. Since then pt. has been on and off ERC and consistently refusing medical. While writer waited for availability of correctional staff, writer began to observe pt in cell. During observation pt. was seen standing at cell mirror staring at himself. Pt. then walked back over to bed and sat at the edge for a couple minutes before heading back over to mirror. Pt. then placed hands on each side of mirror, appearing to lean weight against wall through his arms, before he sat back down. Gait steady. Movements appear normal. Pt. stood back up and walked in front of mirror. At around 1903 pt. began banging his head against mirror. Staff immediately intervened. Pt. did not comply with staff orders to lay on bunk for ERC placement. Pt. was tased and charged at staff. After a few minutes of trying to gain compliance from pt, staff was able to place him in ERC. Pulse at 1918 was 128 and O2 98% RR20. Writer spoke to on call provider who instructed writer to continue closely monitoring pt----CVelezRN |

Medical Staff Narrative Note      Version 1      Copyright © 2020 MEnD Correctional Care, PLLC

# Restraint Checklist

| Patient Name: James, Malcoim | ID # 108534 | DOB: 10-29-93 |
|---|---|---|

**Type of Restraint:** ☐ Bunk  ☑ Chair

**Department Requesting Use of Restraints:** ☑ Security  ☐ Mental Health  ☐ Medical

PLEASE NOTE: Complete narrative in space below for **bolded** conditions that are abnormal.

| Examination: | | Date S-30 / Time 1825 | | Date S-30 / Time 1920 | | Date S-30 / Time 2035 | | Date S-30 / Time 2100 | | Date 5-30 / Time 2200 | | Date S-30 / Time 2300 | | Date 5-30 / Time 2335 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **Patient Activity Assessment** | **Coherent & Talkative** | | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | ✓(N) ✓ | | ✓ | |
| | **Cooperative** | | ✓ | ✓ | | | ✓ | | | | ✓ | | ✓ | | ✓ |
| | **Combative** | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| | **Crying** | | | | | | | | | | | | | | ✓ |
| | **Laying Quietly** | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
| | **Yelling/Screaming** | ✓ | ✓ | | ✓ | | ✓ | | | | | | | | |
| **Injury Noted** | **Red Marks** | ✓ | | ✓ | | | ✓ | | | | ✓ | | | | |
| | **Bruising** | | ✓ | | ✓ | | | | ✓ | | | | | | |
| | **Skin Tear** | | ✓ | | ✓ | | | | | | | | | | |
| | **Laceration** | ✓ | | ✓ | | ✓ | | | | | ✓ | | ✓ | | |
| | **Other** | | ✓ | ✓ | | | | | | | | | | | |
| | No Injury | | ✓ | ✓ | | | ✓ | | | | ✓ | | ✓ | | |
| **Physical Examination** | **Normal Capillary Refill** | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
| | **Normal Skin Color** | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
| | **4 Extremity Pulses** | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
| | **Edema Present** | | ✓ | | ✓ | | ✓ | | ✓ | | | | | | |
| **Vital Signs** | Temperature O₂ | UTA | 97% | UTA | 98% | UTA | UTA | UTA | | | | | | | |
| | Pulse | UTA | 100 | UTA | 114 | UTA | UTA | UTA | | | | | | | |
| | Respiration | 14 | 110 | 110 | 18 | 110 | 110 | 20 | | | | | | | |
| | Blood Pressure | | | | | | | | | | | | | | |

| Nurse Signature _____ RN | Initials CM RN | Nurse Signature _____ | Initials _____ |
|---|---|---|---|
| Nurse Signature _____ | Initials _____ | Nurse Signature _____ | Initials _____ |

**Narrative:** 1825- Pt. was observed banging his head on wall. Writer observed small laceration on top of head. Around 2058 pt. was placed back on ERC after he began combative when staff tried to remove him. At around 2340 correctional staff attempted to take pt. off of ERC pt. became extremely combative and was placed back on ERC.

0117 Restraint Checklist

Page 1 of 1

RC-MIJ002535



# Medical Staff Narrative Note

CORRECTIONAL CARE

Patient Name: James, Malcolm  DOB: 10/29/93  ID#:108534

| Date/Time | Content/ Note |
|---|---|
| 05/30/21 1000 | Pt seen for follow up post ER send out. He denies any pain at this time and very short with answers. Inquiring how and when he will be able to go home. Pt was calm during interview and cooperative. Reinforced pt to let writer know of any pain but pt denies any at this time. No lesions noted on head and no erythema. Vital signs BP 146/103 T 97.8 SpO2 96% R 20 P 96.---------------------------------------------------------- RHamm, RN |

# AFTER VISIT SUMMARY

 **Ascension**

**Malcolm I. James** CSN: 143081771

📅 5/29/2021  📍 Ascension All Saints Spring St Campus, Emergency Dept 262-687-4201

## Instructions

Take over-the-counter pain medications as needed. Do not hit your head any more. Return to the emergency department for any further concerns.

 **Your medications have changed**

➡ START taking:
acetaminophen (TYLENOL)

Review details of your medication changes below.

 **Read the attached information**
Head Injury (Adult) (English)

 **Pick up these medications from any pharmacy with your printed prescription**
acetaminophen

 **Go to Ascension All Saints Spring St Campus, Emergency Dept**
Why: As needed, If symptoms worsen.
Specialty: Emergency Medicine
Contact: 3803 Spring St
Racine Wisconsin 53405-1660
262-687-4201

## Today's Visit

You were cared for today by a team of clinicians, nurses and technicians who specialize in emergency care including emergency medicine specialists: Konicek, Andrew T, DO

**Reason for Visit**
Head Injury

**Diagnoses**
- Traumatic hematoma of forehead, initial encounter
- Injury of head, initial encounter

⚕ **Medications Given**
acetaminophen (TYLENOL) Last given at 10:40 PM

 Blood Pressure
173/106

 Temperature
99.2 °F

 Pulse
105

 Respiration
18

 Oxygen Saturation
98%

## What's Next

You currently have no upcoming appointments scheduled.

## Ascension Wisconsin MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://wimychart.ascension.org/, click "Sign Up Now", and enter your personal activation code: C57ZK-H7QPC-2W5BB. Activation code expires 7/28/2021.

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 8 of 115     Document 121-1 RC-MJ002537

# Changes to Your Medication List

## START taking these medications



**START**

**acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 1 tablet (500 mg total) by mouth every 6 (six) hours as needed for Pain for up to 15 doses.

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 9 of 115    Document 121-3
RC-MJ002538

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 10 of 115    Document 121-9



# Helpful ideas for following your medication schedule:
- Develop a daily routine for taking your medication
- Never change or stop taking your medication without first checking with your doctor.
- Call your doctor if you have any problems or questions about your medications.
- Call your doctor for a refill before your medications get too low.
- Keep a current medication list with you at all times.
- Bring your current list of medications with you every time you see your doctor or go to the hospital.
- Make sure your doctor knows about any herbal products, vitamins, or OTC medications that you take.

# How to safely store your medication:
- Keep in original bottle with cap tightly closed
- Keep away from heat, light and moisture
- Keep away from children and pets
- Good places to store medication include:
  - A safe or other locked box or locked drawer
  - Top shelf of a hallway or bedroom closet
  - Top shelf of a kitchen cabinet furthest away from your stove
- Do NOT store medication in your bathroom medicine cabinet
- Do NOT store medication above your stove
- Do NOT store medication in a hot car

# How to safely dispose of medication:
- Always get rid or expired, unwanted or unused medication as soon as possible
- Do NOT share your medication with anyone
- Talk to your pharmacist or call the local police station about how to get rid of extra medications
- Look for national drug take-back days where you can bring your unused medications

Send an email to Rick, Matt, and IWe have examined and treated you today on an emergency basis only. If your symptoms or medical problem(s) fail to improve, call your doctor or return here. Please note:

- **If you should need psychiatric assistance or suicide prevention information, please call 1-800-273-8255 (suicide crisis line) or Project Impact at 211 for personal crisis resources.**

- **If you were prescribed sedatives or pain medications:** these may make you drowsy. Do not drink alcohol or operate machinery while you are taking these medications.
- **If you were prescribed an over the counter medication:** it is important to thoroughly read the information contained in the package before taking the medication.
- **If you had an x-ray:** fractures (breaks in bone) are not revealed on the initial X-rays but may be revealed on subsequent X-rays. If your pain persists, please seek follow-up care. Your X-ray has been read on a preliminary basis. Final reading will be made by the radiologist in 24 hours. You will be notified of any additional findings.
- **If you had lab tests or cultures obtained:** if additional treatment is required we will contact you. If you do not hear from us, but are interested in the results, you may view them on MyChart. Results can also be obtained in person with picture ID at our Medical Records department.

Improving our Performance

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 11 of 115     Document 120-2540

Thank you for choosing our Emergency Department for your health care needs. Our goal is for each patient and family to have a positive experience. We strive for excellence and value your opinion of our services. You may receive a call from our survey partner, PRC (Professional Research Consultants, Inc.), about your recent visit. They will ask questions about the care you received and the people who took care of you. We want to hear about what we did well so we can thank our staff. We also want to hear about what we could do better in the future. If you have any feedback you would like to share about your visit, please call our Patient Relations Line at 262-687-2131.

Billing by Independent Providers
You may receive separate billing statements from independent physicians involved in your care at Ascension Wisconsin facilities, including radiologists, emergency physicians, urgent care physicians, and others. These physicians may or may not participate in all insurance networks. Please talk with your insurance provider for network provider and coverage information. If you have any questions regarding your independent physician bills, please call the telephone numbers listed on the billing statement.

The information in this after visit summary is up to date as of: 5/29/2021 11:40 PM.

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 12 of 115     Document 120-2541

# COVID-19 Safety Instructions

**Q: What is COVID-19 (novel coronavirus)?**
**A:** A novel coronavirus is a new coronavirus that has not been previously identified. The virus causing COVID-19 is not the same as the **coronaviruses that commonly circulates among humans** and causes mild illness, like the common cold.

**Q: What are the symptoms of COVID-19?**
**A:** Patients with COVID-19 typically have mild to severe respiratory illness with symptoms of
- Fever (>100.0)
- Cough
- Shortness of breath

Additional symptoms per the CDC include but are not limited to the following:

- Fatigue
- Muscle or body aches
- Headache
- New loss of taste or smell
- Sore throat
- Congestion or runny nose
- Nausea or vomiting
- Diarrhea

It is important to note that symptoms may appear 2-14 days after exposure to the virus.

**Q: How can I protect myself and others?**
**A:**
- Practice social distancing
  - o Avoid public places
  - o Avoid gatherings with others
  - o Avoid handshakes
- Maintain six (6) feet distance between yourself and others
- Limit visitors at home to only those needed for your care
- Prohibit elderly persons, persons with chronic health problems and/or persons with Immune disorders (e.g diabetes, chronic heart, lung or kidney issues) from visiting
- Avoid close contact with people who are sick
- Monitor your symptoms if you are the person providing care
- Avoid touching your eyes, nose, and mouth with unwashed hands
- Wash your hands often with soap and water for at least 20 seconds. Use an alcohol -based hand sanitizer that contains at least 60% alcohol if soap and water are not available
- Stay home when you are sick, except to get medical care
- When in public, wear a facemask* (or cloth face covering) over your nose and mouth
  - *If you are not able to wear a face mask due to breathing problems, try to maintain 6 feet of distance and cover your coughs and sneezes some other way, e.g. with a tissue*

**Q: What precautions do I need to take when I am discharged?**
**A:**
- Follow all instructions provided by your physician
- If your doctor prescribed a medication(s), you should take the medication(s) until gone
- If you have a follow-up appointment, call the doctor's office ahead of time and inform that you tested positive for COVID-19

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 13 of 115    Document 120-2542

- Wear a facemask* (or cloth face covering) when you are around other people and when going to the doctor while symptoms still exist - follow your doctor's instructions
    *If you are not able to wear a face mask due to breathing problems, try to maintain 6 feet of distance*
- Practice social distancing and avoid crowds
- Stay away from persons with any signs and symptoms of sickness
- Do not share utensils/drinking glasses/toothbrushes
- Do not share pillows/sheets/blankets
- Wash your laundry (e.g. clothes, sheets, blankets) with the hottest temperature allowed by the recommendations on the garment
- Avoid using public transportation
- Drink plenty of fluids
- Get rest
- Cover your mouth/nose when you cough/sneeze
- Throw used tissues in a lined trash can
- Wash your hands with soap and water for at least 20 seconds, especially after blowing your nose, coughing or sneezing
- If soap and water is not readily available, use a hand sanitizer that contains at least 60% alcohol. Cover all surfaces of your hands and rub them together until they feel dry.
- Frequently clean surfaces you touch with wet wipes/disinfectant
- Try to use a separate bathroom just for you
- Avoid handling of your pets
- Check your temperature

**Q: When will I be able to stop home isolation?**
**A:** The answer depends on whether you will be tested by your doctor (primary care) to determine if you are still contagious. In most instances, discontinuation of isolation is based on the improvement in your clinical symptoms, and often there is no need to repeat the test to check on whether the virus is still present. Always follow your doctor's instructions.

If your doctor (primary care) is **_not_** going to retest you to determine if you are still contagious (in most instances retesting is not needed) then all of the below must occur:
- At least **10\* days** have passed since symptom onset <u>and</u>
- At least **24 hours** have passed since resolution of fever without the use of fever-reducing medications <u>and</u>
- Other symptoms have improved.

*(in rare instances this may be extended to 20 days for those that are immunocompromised or had severe illness; consult with your doctor if any questions)

Testing for the virus for discontinuing home isolation could be considered for persons who are severely immunocompromised, in consultation with infectious disease experts. For all others, testing is no longer recommended except to discontinue isolation or other precautions **earlier** than would occur under the symptom-based strategy outlined above.

If your doctor (primary care) **_is_** going to test you, then, the following must occur:
- You no longer have a fever without the use of medicines that reduce fever <u>and</u>
- symptoms have resolved or improved <u>and</u>
- you have two (2) negative tests 24 hours apart

**Q: When should I seek emergency care?**

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 14 of 115     Document 121-2543

**A:** Call your doctor if you think your symptoms are worse or you develop new symptoms. This list does not contain every possible symptom. Please consult your physician about any symptoms you are experiencing that are concerning. Alert 911 operator or hospital If you think you may have COVID-19. If possible, place a covering over your nose and mouth prior to ambulance arrival or entering the hospital.

- Call 911 and/or go to the ER if you are experiencing:
  - Diffculty breathing or shortness of breath
  - Persistent pain or pressure in the chest
  - New confusion or inability to arouse
  - Bluish lips or face

**For additional information on COVID-19 go to the following website:**
https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/steps-when-sick.html
https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html
https://www.cdc.gov/coronavirus/2019-ncov/downloads/10Things.pdf

5/18/20; 06/08/20, 7/31/20 revised

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 15 of 115     Document 120-2544

## Head Injury (Adult)



You have a head injury. It does not appear serious at this time. But symptoms of a more serious problem, such as a mild brain injury (concussion) or bruising or bleeding in the brain, may appear later. For this reason, you or someone caring for you will need to watch for the symptoms listed below. Once you're home, also be sure to follow any care instructions you're given.

**Home care**

**Watch for the following symptoms**

Seek emergency medical care if you have any of these symptoms over the next hours to days:

- Headache
- Nausea or vomiting
- Dizziness
- Sensitivity to light or noise
- Unusual sleepiness or grogginess
- Trouble falling asleep
- Personality changes
- Vision changes
- Memory loss
- Confusion
- Trouble walking or clumsiness
- Loss of consciousness (even for a short time)
- Inability to be awakened
- Stiff neck
- Weakness or numbness in any part of the body
- Seizures

**General care**

- If you were prescribed medicines for pain, use them as directed. Note: Don't take other medicines for pain without talking to your provider first.

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 16 of 115    Document 121-9

- To help reduce swelling and pain, apply a cold source to the injured area for up to 20 minutes at a time. Do this as often as directed. Use a cold pack or bag of ice wrapped in a thin towel. Never apply a cold source directly to the skin.
- If you have cuts or scrapes as a result of your head injury, care for them as directed.
- For the next 24 hours (or longer, if instructed):
    - Don't drink alcohol or use sedatives or other medicines that make you sleepy.
    - Don't drive or operate machinery.
    - Don't do anything strenuous, such as heavy lifting or straining.
    - Limit tasks that require concentration. This includes reading, using a smartphone or computer, watching TV, and playing video games.
    - Don't return to sports or other activities that could result in another head injury.

**Follow-up care**

Follow up with your healthcare provider, or as directed. If imaging tests were done, they will be reviewed by a doctor. You will be told the results and any new findings that may affect your care.

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:

- Pain doesn't get better or worsens
- New or increased swelling or bruising
- Fever of 100.4°F (38°C) or higher, or as directed by your provider
- Increased redness, warmth, drainage, or bleeding from the injured area
- Fluid drainage or bleeding from the nose or ears
- Any depression or bony abnormality in the injured area
- Persistent confusion or lethargy
- Bruising behind the ears or bruising around the eyes

**StayWell last reviewed this educational content on** 4/1/2018

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 17 of 115    Document 112-09    RCI-MJ-002546

## Department

| Name | Address | Phone |
|------|---------|-------|
| Ascension All Saints Spring St Campus, Emergency Dept | 3803 SPRING ST Racine WI 53405-1660 | 262-687-4201 |

**James, Malcolm Isaiah #E529603 (Acct:40007313945) (DOB:10/29/1993 27 y.o. M) PCP: HALL, A (262-687-8173)**                    **26 (Ready for Discharge)**

## Code Status Information

Code Status
**Not on file**

## Previous ED Visits

| | Complaint | Diagnosis Description | Type | Department | Provider |
|---|-----------|---------------------|------|------------|----------|
| 5/29/21 | Psychiatric Evaluation; Smoke Inhalation | Suicidal ideation ... | ED (Discharge) | ACVER | Grace, Allison, MD |
| 2/2/18 | Sore Throat | Sore throat | ED (Discharge) | ACVER | Cesar, Louis-Marcel A, MD |
| 1/20/18 | Smoke Inhalation | Smoke inhalation | ED (Discharge) | ACVER | Clark, Matthew J, MD |
| 4/1/17 | Cough | Cough ... | ED (Discharge) | ACVER | Konicek, Andrew T, DO |
| 1/2/17 | Assault Victim | Lip abrasion, initial encounter ... | ED (Discharge) | ACVER | Chellin, Ryan, DO |
| 7/28/16 | Hand Pain | Finger injury, left, initial encounter ... | ED (Discharge) | ACVER | Kalinowska, Ewa, MD |

## ED Arrival Information

| Expected | Arrival | Acuity |
|----------|---------|--------|
| - | 5/29/2021 22:12 | Urgent |

| Means of arrival | Escorted by | Service | Admission type |
|------------------|-------------|---------|----------------|
| Police | Police | Emergency | Emergency |

Arrival complaint
LUMP ON HEAD

## Chief Complaint

| Complaint | Comment |
|-----------|---------|
| **Head Injury** | |

## Vitals (last day)

| Date/Time | BP | NIBP (Mean) | Pulse | Cardiac Rhythm Check | Patient Position | Resp | Temp | SpO2 | FiO2 % | O2 Flow Rate (L/min) | O2 Device |
|-----------|-----|-------------|-------|---------------------|------------------|------|------|------|--------|---------------------|-----------|
| 05/29/21 2344 | 138/82 | — | 93 | — | — | 18 | — | 98 % | — | — | None (Room air) |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM



## Vitals (last day) (continued)

| 05/29/21 2224 | 173/106 ! | — | 105 | — | Sitting | 18 | 37.3 °C (99.2 °F) | 98 % | — | — | None (Room air) |
|---|---|---|---|---|---|---|---|---|---|---|---|

## I/O

None

## Pain Assessment

| Date and Time | Patient's Stated Pain Goal | Pain Assessment | Pain Score | Pain Type | Pain Location | Pain Orientation | Pain Radiating Towards | Pain Descriptors | Pain Frequency | Pain Onset | Clinical Progression | Effect of Pain on Daily Activities | Pain Interventions | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/21 2240 | -- | Unable to assess | -- Pt would not put a number on the severity of his headache | Acute pain | Head | -- | -- | Headache | -- | -- | -- | -- | -- | JR |
| 05/29/21 2233 | -- | No/denies pain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | JR |
| 05/29/21 2224 | -- | No/denies pain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | JR |
| 05/29/21 0030 | -- | No/denies pain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | JAW |

## Patient Lines/Drains/Airways Status

Active Airway / CVC Line / Drain / Epidural Line / Intraosseous Line / PICC Line / PIV Line / ART Line

None

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Konicek, Andrew T, DO | Attending Provider | 05/29/21 2213 | -- | 000-687-6026 | |
| Rodriguez, Jennifer, RN | Registered Nurse | 05/29/21 2212 | 05/29/21 2323 | 687-6006 | |
| Parry, Elizabeth, RN | Registered Nurse | 05/29/21 2321 | -- | 262-687-6008 | |

## ED Diagnoses

| Diagnosis | Description | Comment |
|---|---|---|
| Final diagnoses | | |
| **Traumatic hematoma of** | Traumatic hematoma | |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM



## ED Diagnoses (continued)

| Diagnosis | Description | Comment |
|---|---|---|
| **forehead, initial encounter [S00.83XA]** | of forehead, initial encounter | |
| **Injury of head, initial encounter [S09.90XA]** | Injury of head, initial encounter | |

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | |

## Results

None

## Imaging Results

None

## ECG Results

None

## Medication Administration from 05/29/2021 2212 to 05/29/2021 2346

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 05/29/2021 2240 | **acetaminophen (TYLENOL) tablet 650 mg** | 650 mg | Oral | Given | Rodriguez, Jennifer, RN | |

## Home Medications

| | Taking? | Last Dose |
|---|---|---|
| 🏠 **hydrOXYzine (ATARAX) 50 MG tablet** | | |
| Take 1 tablet (50 mg total) by mouth nightly as needed for Anxiety. | | |
| 🏠 **sertraline (ZOLOFT) 50 MG tablet** | | |
| Take 1 tablet (50 mg total) by mouth daily. | | |

## Discharge Orders (From admission, onward)

| Start | Ordered | | Status | Ordering User |
|---|---|---|---|---|
| 05/29/21 0000 | 05/29/21 2335 | **acetaminophen (TYLENOL) 500 MG tablet** Every 6 hours PRN | Ordered | KONICEK, ANDREW |

## Allergies (Fully Reviewed on: 05/29/21)

**No Known Allergies**

## Tetanus Up To Date

None

## Medical History

No past medical history documented.

## Surgical History

None

## Social History

Tobacco History

| Smoking Status | Smoking Frequency | Smoking Tobacco Type |
|---|---|---|
| **Current Some Day Smoker** | **For 2 years** | **Cigarettes** |
| Smokeless Tobacco Use | | |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM



**Never Used**

Alcohol History

| Alcohol Use Status | Drinks/Week | Amount |
|---|---|---|
| **Yes** | **0 Standard drinks or equivalent per week** | **0.0 standard drinks of alcohol/wk** |

Drug Use

**Drug Use Status**
**No**

Sexual Activity

**Sexually Active**
**Not Asked**

Activities of Daily Living

**Not Asked**

## Social Documentation

No social documentation on file.

## Family History

**Family as of 5/29/2021**

None

**Family Status as of 5/29/2021**

None

## Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Ascension All Saints Spring St Campus, Emergency Dept | Emergency Medicine | Go to | As needed, If symptoms worsen. | 3803 Spring St Racine Wisconsin 53405-1660 262-687-4201 |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM



Take over-the-counter pain medications as needed. Do not hit your head any more. Return to the emergency department for any further concerns.

## Signed Nursing Notes

**ED Triage Notes by Rodriguez, Jennifer, RN at 5/29/2021 10:28 PM**                    Version 1 of 1

Pt arrived to ED from Racine county jail for a head wound. Pt was banging his head against things in his cell and has swelling to the anterior portion of his head. Pt denies LOC but is vague with his symptoms. The jail is here for a CT of the pt's head.[JR.1]

  Attribution Key
  _____
  JR.1 - Rodriguez, Jennifer, RN on 5/29/2021 10:28 PM


**ED Notes by Westland, Julia A, RN at 5/29/2021 2:23 AM**                    Version 1 of 1

Patient left department in police custody.

Westland, Julia A, RN
05/29/21 0223
[JW.1]

  Attribution Key
  _____
  JW.1 - Westland, Julia A, RN on 5/29/2021 2:23 AM


**ED Notes by Westland, Julia A, RN at 5/29/2021 2:12 AM**                    Version 1 of 1

Patient's discharge paper and transfer summary placed in confidential envelope and given to PD for staff at jail. PD currently waiting on transport for patient.

Westland, Julia A, RN
05/29/21 0212
[JW.1]

  Attribution Key
  _____
  JW.1 - Westland, Julia A, RN on 5/29/2021 2:12 AM


**ED Notes by Westland, Julia A, RN at 5/29/2021 2:04 AM**                    Version 1 of 1

Patient not providing urine sample for staff.  Jeannette Wade, NP, notified.[JW.1]

Westland, Julia A, RN
05/29/21 0205
[JW.2]

  Attribution Key
  _____
  JW.1 - Westland, Julia A, RN on 5/29/2021 2:04 AM
  JW.2 - Westland, Julia A, RN on 5/29/2021 2:05 AM


**ED Notes by Adams, Stacey, APSW at 5/29/2021 1:33 AM**                    Version 1 of 1



## Signed Nursing Notes (continued)

**ED Notes by Adams, Stacey, APSW at 5/29/2021  1:33 AM (continued)**                    Version 1 of 1

Per officer Bodner #2807, pt is going to jail. Crisis mobile will be cancelled and pt will be assessed prior to release from jail.[SA.1]

Attribution Key

SA.1 - Adams, Stacey, APSW on 5/29/2021  1:33 AM

**ED Notes by Adams, Stacey, APSW at 5/29/2021 12:38 AM**                    Version 1 of 1

Pt arrived to the emergency department with Racine Police Department officer Bodnar #2807. Officer Bodnar reported pt called 911, stating, "i'm suicidal. I do not know what to do." officer Bodnar reported he called and asked pt to step out of the apartment at which time pt stated, "I do not want to die." Officer Bodnar reported when they went to the apartment door, smoke started coming out when the door was opened. Pt had a pile of magazines on the stove burning. Racine County crisis mobile response called by PD.[SA.1]

Attribution Key

SA.1 - Adams, Stacey, APSW on 5/29/2021 12:38 AM

**ED Triage Notes by Westland, Julia A, RN at 5/29/2021 12:24 AM**                    Version 1 of 1

Patient presents to the ED via EMS, Med 1, with c/o smoke inhalation.  Per EMS, patient called 911 stating he was suicidal, he started a fire in his home, and he didn't know what to do.  Patient told PD, "he didn't want to die".  EMS states upon arrival there was heavy smoke in the patient's home.  Patient is able to handle secretions, does not complain of any difficulty swallowing or any pain swallowing, and is able to speak in full sentences.  Patient stating to writer that "he is not suicidal" and "he was not trying to harm himself".  Patient states "he is afraid of everyone".  Patient avoiding answering writer about why he was setting magazines on fire.[JW.1]

Attribution Key

JW.1 - Westland, Julia A, RN on 5/29/2021 12:44 AM

## ED Quick Updates (since admission)

None

### ED Nursing Assessments-WDL Definitions See Bottom of Report

### ED Nursing Procedures, Equipment, and Other Documentation

ED Required Assessment

| Row Name | 05/29/21 2233 | 05/29/21 0030 |
|---|---|---|
| Neurological | | |
| Neuro (WDL) | X | WDL |
| Level of Consciousness | Alert | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM



| Cognition | Unable to assess;Difficulty following conversation | — |
|---|---|---|
| Speech | Delayed responses | — |
| Neuro Symptoms | Headache | — |
| Row Name | 05/29/21 2233 | 05/29/21 0030 |

### Respiratory

| Respiratory (WDL) | WDL | WDL |
|---|---|---|
| O2 Device | — | None (Room air) |
| Row Name | 05/29/21 0030 | |

### Cough

| Cough Present | No | |
|---|---|---|
| Row Name | 05/29/21 2233 | 05/29/21 0030 |

### Cardiac

| Cardiac (WDL) | X | X |
|---|---|---|
| Blood Pressure | Above parameters | Above parameters |
| Heart Rate | Above parameters | — |
| Row Name | 05/29/21 2233 | 05/29/21 0030 |

### Pain Assessment

| Pain Assessment | No/denies pain | No/denies pain |
|---|---|---|
| Row Name | 05/29/21 2233 | 05/29/21 0030 |

### Integumentary

| Integumentary (WDL) | WDL | WDL |
|---|---|---|

### Psychosocial

| Row Name | 05/29/21 0030 |
|---|---|

### Psychosocial

| Psychosocial (WDL) | X |
|---|---|
| Mood | Fearful |
| Affect | Inconsistent with mood |
| Patient Behaviors/Mood | Flat affect |
| Row Name | 05/29/21 0030 |

### General Appearance

| Speech Pattern | Slow |
|---|---|
| General Attitude | Uninterested |

### Screenings

| Row Name | 05/29/21 0024 |
|---|---|

#### Advance Directives (For Healthcare)

| Do you have an Advance Directive? | No |
|---|---|
| Would you like more information on Advanced Directives? | No, patient/family declines information on Advanced Directives |

### Screenings

| Row Name | 05/29/21 0024 |
|---|---|

#### Advance Directives (For Healthcare)

| Do you have an Advance Directive? | No |
|---|---|
| Would you like more information on Advanced Directives? | No, patient/family declines information on Advanced Directives |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM



## Fall Risk Assessment

| Row Name | 05/29/21 2234 | 05/29/21 0024 |
|---|---|---|
| **Morse Fall Risk** | | |
| History of Falling | 1 | 1 |
| Secondary Diagnosis | 0 | 0 |
| Ambulatory Aids | 0 | 0 |
| Intravenous Therapy/Heparin/Saline Lock | 0 | 0 |
| Gait/Transferring | 0 | 0 |
| Mental Status | 0 | 0 |
| Score | 1 | 1 |
| Row Name | 05/29/21 2234 | 05/29/21 0024 |
| **Safe Environment** | | |
| Arm Bands On | ID | ID |
| Call Light Within Reach | Yes | Yes |
| Overbed Table Within Reach | Yes | Yes |
| Bed In Lowest Position | Yes | Yes |
| Bed Wheels Locked | Yes | Yes |
| Side Rails/Bed Safety | 1/2 | 2/2 |
| NonSkid Footwear | On;Patient in bed | Patient in bed |

## HEENT

| Row Name | 05/29/21 2235 |
|---|---|
| **HEENT** | |
| HEENT (WDL) | X |
| Head and Face | Swelling;Trauma/injury |

## Screenings

| Row Name | 05/29/21 0024 |
|---|---|
| **Advance Directives (For Healthcare)** | |
| Do you have an Advance Directive? | No |
| Would you like more information on Advanced Directives? | No, patient/family declines information on Advanced Directives |

## Psychosocial

| Row Name | 05/29/21 0030 |
|---|---|
| **Psychosocial** | |
| Psychosocial (WDL) | X |
| Mood | Fearful |
| Affect | Inconsistent with mood |
| Patient Behaviors/Mood | Flat affect |
| Row Name | 05/29/21 0030 |
| **General Appearance** | |
| Speech Pattern | Slow |
| General Attitude | Uninterested |

## Physical Diagram

No physical diagram documentation exists for this encounter

## BIOPSYCHOSOCIAL (last 72 hours)

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

Biopsychosocial

| Row Name | 05/29/21 2231 | 05/29/21 2224 | 05/29/21 0024 |
|---|---|---|---|
| **Signature & Additional Credentials** | | | |
| Signature | — | — | — |
| Credentials | — | — | — |
| **Intake Information** | | | |
| Interview location | — | — | — |
| Informant(s) | — | — | — |
| Presenting problem | — | — | — |
| Referral source | — | — | — |
| **Affect/Mood** | | | |
| Affect | — | — | — |
| Depression Rating (1-10) | — | — | — |
| Anxiety Rating (1-10) | — | — | — |
| Irritability Rating (1-10) | — | — | — |
| Mood | — | — | — |
| Affect/Mood Display | — | — | — |
| **Thought Process/Content** | | | |
| Thought Process | — | — | — |
| Delusions | — | — | — |
| Hallucinations | — | — | — |
| Ambivalence | — | — | — |
| **Attitude / Behavior** | | | |
| Eye Contact | — | — | — |
| Attitude / Behavior | — | — | — |
| **Language and Speech** | | | |
| Speech Content | — | — | — |
| **Pain** | | | |
| Are you currently experiencing any acute pain? | — | — | — |
| Are you experiencing chronic pain? | — | — | — |
| **Sleep** | | | |
| Has your sleep changed? | — | — | — |
| Sleep Pattern | — | — | — |
| Average Number of Sleep Hours | — | — | — |
| Use of Sleep | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| Aids | | | |
| Restful Sleep | — | — | — |
| Difficulty Falling Asleep | — | — | — |
| Difficulty Staying Asleep | — | — | — |
| Difficulty Arising | — | — | — |
| Average Number of Sleep Hours | — | — | — |

**Appetite & Nutrition**

| | | | |
|---|---|---|---|
| Height | — | — | 1.88 m (6' 2") -JW |
| Weight | — | 176.9 kg (390 lb) ! -JR | 176.9 kg (390 lb) ! -JW |
| Any recent changes in your appetite? | — | — | — |
| 10lb (or more) weight loss/gain over past 3 months | — | — | — |
| Does your weight affect the way you feel about yourself? | — | — | — |
| Do you have any concerns about your eating? | — | — | — |
| Do you have any current or past eating disorders? | — | — | — |
| Do you have any dental concerns? | — | — | — |
| Referral: | — | — | — |

**Physiological Symptoms**

| | | | |
|---|---|---|---|
| Physical Symptoms | — | — | — |
| Negative Symptoms | — | — | — |
| Abnormal Motor Symptoms | — | — | — |
| Allergy/Medical Concerns/Issues | — | — | — |

**Social History**

| | | | |
|---|---|---|---|
| Name of primary learner | — | — | — |
| Primary learner relationship to | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

| | | | |
|---|---|---|---|
| the patient | | | |
| Barriers to learning | — | — | — |
| Primary language of the learner | — | — | — |
| Is an interpreter required | — | — | — |
| Preference to learning | — | — | — |
| Currently in School | — | — | — |
| Highest level of education completed | — | — | — |
| Intellectual function | | — | — |
| Employment/Disability | — | — | — |
| Military/Veteran Status | — | — | — |
| Support System | — | — | — |
| Evaluation of support system | — | — | — |
| Religion | — | — | — |
| How important is your religion? | — | — | — |
| Beliefs/Values/Cultural/Spiritual Practices that Impact Care? | — | — | — |
| Strengths | — | — | — |
| Leisure interests | — | — | — |
| Sexual Orientation | — | — | — |
| Sexual Identification | — | — | — |
| Current living situation | — | — | — |
| Who lives with you | — | — | — |
| Evaluation of current living situation | — | — | — |
| Marital status | — | — | — |
| Do you have children? | — | — | — |
| Highest level of education completed? | — | — | — |

Manic Assessment (Optional Section)

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

RCI-MJ002558

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| Manic Indications | — | — | — |

**ADHD Assessment (Optional Section)**

| | | | |
|---|---|---|---|
| ADHD Indications | — | — | — |

**Mood/Anxiety Assessment (Optional Section)**

| | | | |
|---|---|---|---|
| Mood/Anxiety Indications | — | — | — |

**Hopelessness**

| | | | |
|---|---|---|---|
| Hopelessness Affects Goals | — | — | — |
| Hopelessness About Future | — | — | — |

**Suicide Screen C-SSRS**

| | | | |
|---|---|---|---|
| 1. In the past month have you wished you were dead or wished you could go to sleep and not wake up? | No -JR | — | No -JW |
| 2. In the past month have you actually had any thoughts of killing yourself? | No -JR | — | No -JW |
| 3. Have you been thinking about how you might kill yourself? | — | — | — |
| 4. Have you had these thoughts and had some intention of acting on them? | — | — | — |
| 5. Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? | — | — | — |
| 6. In your lifetime, have you ever done anything, started to do anything or prepared to do | No -JR | — | No 📄 per patient - JW |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

James, Malcolm Isaiah (MRN E529603) — Encounter Date: 05/29/2021

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| anything to end your life? | | | |
| How long ago did you do any of these? | — | — | — |
| C-SSRS Suicide Risk Score | - -JR | — | - -JW |
| How long ago did you do any of these? | — | — | — |

**Suicide Assessment C-SSRS (MUST be completed if any of the screening questions were answered YES)**

| | | | |
|---|---|---|---|
| Suicidal and self-injurious behavior in the past 3 months | — | — | — |
| Suicidal and self-injurious behavior in your lifetime | — | — | — |
| Most severe suicidal thought in the past month | — | — | — |
| What are the recent losses, stressors or changes? | — | — | — |
| Pending incarceration or homelessness | — | — | — |
| Current or pending isolation or feeling alone | — | — | — |
| Treatment History | — | — | — |
| Recent clinical status | — | — | — |
| Other risk factors | — | — | — |
| Protective factors | — | — | — |
| Describe any suicidal, self-injurious or aggressive behavior (include dates) | — | — | — |
| SUICIDE PREVENTION INTERVENTIONS | — | — | — |

**Caffeine & Tobacco Use**

| | | | |
|---|---|---|---|
| Caffeine Use | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 31 of 115    Document 121-2

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| Tobacco Use | — | — | — |

**Audit-C Alcohol Screening**

| | | | |
|---|---|---|---|
| How often do you have a drink containing alcohol? | — | — | — |
| How many standard drinks containing alcohol do you have on a typical day? | — | — | — |
| How often do you have six or more drinks on one occasion? | — | — | — |
| Has your alcohol use ever caused any problems? (legal, health, family, social, occupational) | — | — | — |

**Alcohol Use History**

| | | | |
|---|---|---|---|
| Alcohol last used? | — | — | — |

**Marijuana Use History**

| | | | |
|---|---|---|---|
| Marijuana last used? | — | — | — |
| Marijuana last used? | — | — | — |
| Route (Marijuana) | — | — | — |
| Patient experienced any of the following (Marijuana): | — | — | — |
| Withdrawal Symptoms (Marijuana) | — | — | — |
| Patient perceptions of Marijuana problem? | — | — | — |
| Using Marijuana to manage: | — | — | — |

**Methadone Use History**

| | | | |
|---|---|---|---|
| Methadone last used? | — | — | — |
| Methadone last used? | — | — | — |
| Route (Methadone) | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| Patient experienced any of the following (Methadone): | — | — | — |
| Withdrawal Symptoms (Methadone) | — | — | — |
| Patient perceptions of Methadone problem? | — | — | — |
| Using Methadone to manage: | — | — | — |

**Methamphetamine Use History**

| | | | |
|---|---|---|---|
| Methamphetamine last used? | — | — | — |
| Methamphetamine last used? | — | — | — |
| Route (Methamphetamine) | — | — | — |
| Patient experienced any of the following (Methamphetamine): | — | — | — |
| Withdrawal Symptoms (Methamphetamine) | — | — | — |
| Patient perceptions of Methamphetamine problem? | — | — | — |
| Using Methamphetamine to manage: | — | — | — |

**Hx Family/Childhood**

| | | | |
|---|---|---|---|
| Parents | — | — | — |
| If under 18, Custody? | — | — | — |
| Siblings | — | — | — |
| Birth order | — | — | — |
| Adopted | — | — | — |
| Foster care | — | — | — |
| Patient's development in utero | — | — | — |
| Newborn problems | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

BIOPSYCHOSOCIAL (last 72 hours) (continued)

| | | | |
|---|---|---|---|
| Delays in development | — | — | — |
| Any family history of mental health problems? | — | — | — |
| Family history of substance use/abuse? | — | — | — |

School Ped/Adol

| | | | |
|---|---|---|---|
| School attending and current grade? | — | — | — |
| What subjects do you like best? | — | — | — |
| What subjects give you the most trouble? | — | — | — |
| How do you get along with your classmates? | — | — | — |
| How do you get along with your teachers? | — | — | — |
| How often do you attend school? | — | — | — |
| What kind of grades did you earn last semester? | — | — | — |
| What kind of grades are you currently earning? | — | — | — |
| What services are you receiving in shcool? | — | — | — |
| Are you currently having any problems in school? | — | — | — |

Legal Concerns

| | | | |
|---|---|---|---|
| ADMISSION TYPE | — | — | — |
| Are you court ordered for treatment? | — | — | — |
| Legal Concerns | — | — | — |
| Active/open cases or | — | — | — |

| | | | |
|---|---|---|---|
| charges? | | | |
| Probation/Paro le Officer Name (if applicable) | — | — | — |
| Probation/Paro le Officer ROI Signed | — | — | — |
| Legal Guardian/Pare nt/POA | — | — | — |
| Child Protective Services Contact | — | — | — |
| Sex offender? | — | — | — |
| POLICE HOLD | — | — | — |
| Who to contact BEFORE discharge? | — | — | — |

**Coping/Communication**

| | | | |
|---|---|---|---|
| Needs Expressed | — | — | — |
| Recent losses, stressors or changes | — | — | — |
| Ability to Express Feelings | — | — | — |
| Ability to Express Needs | — | — | — |
| Ability to Express Thoughts | — | — | — |
| Ability to Understand Others | — | — | — |
| Psychosocial Additional Assessments | | — | — |
| Restraint Risk Factors | — | — | — |

**Trauma / Abuse History**

| | | | |
|---|---|---|---|
| Have you ever been abused? | — | — | — |
| Neglect, explain: | — | — | — |
| Verbal Abuse, explain: | — | — | — |
| Emotional Abuse, explain: | — | — | — |
| Physical Abuse, explain: | — | — | — |
| Sexual Abuse, explain: | — | — | — |
| Sexual | — | — | — |

| | | | |
|---|---|---|---|
| Assault, explain: | | | |
| Have you ever WITNESSED anyone else being abused? | — | — | — |
| If YES, please explain | — | — | — |
| Have you experienced or witnessed any other traumatic event(s)? | — | — | — |
| If YES, please explain | — | — | — |
| Have you experienced any of the following as a result of trauma/abuse? | — | — | — |
| Have you ever been exploited or taken advantage of financially or in any other way? | — | — | — |
| Have you experienced or witnessed any other traumatic events? | — | — | — |
| If YES, please explain | — | — | — |

**Abuse/Neglect**

| | | | |
|---|---|---|---|
| Have you ever been shoved, hit, controlled, exploited or taken advantage of physically or financially, or made to feel afraid in the past year? | Denies -JR | — | Denies -JW |
| Do you feel neglected in your own home? | Denies -JR | — | Denies -JW |
| Verbal Abuse | Denies -JR | — | Denies -JW |
| Physical Abuse | — | — | — |

**Violence**

| | | | |
|---|---|---|---|
| Self Mutilation/Injury | — | — | — |
| If YES, please | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

| | | | |
|---|---|---|---|
| explain Homicidal Ideation | — | — | — |
| Current Plans to Harm Another | — | — | — |
| Previous Plans to Harm Another | — | — | — |
| Access to weapons or ways to harm (means) | | — | — |
| Specific victim identified | — | — | — |
| Assaultive or Violent behaviors/epis odes | — | — | — |

**BROSET Violence Checklist (Not required for Outpatient Behavioral Health)**

| | | | |
|---|---|---|---|
| Confused | — | — | — |
| Irritable | — | — | — |
| Boisterous | — | — | — |
| Physically threatening | — | — | — |
| Verbally threatening | — | — | — |
| Attacking objects | — | — | — |
| Broset Violence Score | — | — | — |

**Audit Alcohol Screening (Audit-C + 7 questions below)**

| | | | |
|---|---|---|---|
| How often during the last year have you found that you were not able to stop drinking once you had started? | — | — | — |
| How often during the last year have you failed to do what was normally expected from you because of drinking? | — | — | — |
| How often during the last year have you been unable to remember what happened the night | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

| | | | |
|---|---|---|---|
| before because you had been drinking? | | | |
| How often during the last year have you needed an alcoholic drink first thing in the morning to get yourself going after a night of heavy drinking? | — | — | — |
| How often during the last year have you had a feeling of guilt or remorse after drinking? | — | — | — |
| Have you or someone elses been injured as a result of your drinking? | — | — | — |
| Has a relative, friend, doctor, or another health professional expressed concern about your drinking or suggested you cut down? | — | — | — |
| Audit Score (Audit-C + Audit Scores) | — | — | — |

**COWS - Clinical Opiate Withdrawal Scale (COWS)**

| | | | |
|---|---|---|---|
| Resting Pulse Rate: | — | — | — |
| Pupil Size: | — | — | — |
| GI Upset: | — | — | — |
| Anxiety or Irritability: | — | — | — |
| Sweating: | — | — | — |
| Bone or Joint Aches: | — | — | — |
| Tremor: | — | — | — |
| Gooseflesh Skin: | — | — | — |
| Restlessness: | — | — | — |
| Runny Nose or Tearing: | — | — | — |
| Yawning: | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| Score | — | — | — |

**DAST 10**

| | | | |
|---|---|---|---|
| Have you used drugs other than those required for medical reasons? | — | — | — |
| Do you abuse more than one drug at a time? | — | — | — |
| Are you always able to stop using drugs when you want to? | — | — | — |
| Have you had "blackouts" or "flashbacks" as a result of drug use? | — | — | — |
| Do you ever feel bad or guilty about your drug use? | — | — | — |
| Does your spouse (or parents) ever complain about your involvement with drugs? | — | — | — |
| Have you ever neglected your family because of your use of drugs? | — | — | — |
| Have you engaged in illegal activities in order to obtain drugs? | — | — | — |
| Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs? | — | — | — |
| Have you had medical problems as a result of your drug use (e.g. memory loss, hepatitis, convulsions, | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

| bleeding, etc.)? | | | |
|---|---|---|---|
| DAST 10 Score | — | — | — |

**DAST 20**

| | | | |
|---|---|---|---|
| Have you abused prescription drugs? | — | — | — |
| Can you get through the week without using drugs? | — | — | — |
| Has drug abuse ever created problems between you and your spouse or your parents? | — | — | — |
| Have you ever lost friends because of your use of drugs? | — | — | — |
| Have you ever been in trouble at work (or school) because of drug abuse? | — | — | — |
| Have you ever lost your job because of drug abuse? | — | — | — |
| Have you gotten into fights when under the influence of drugs? | — | — | — |
| Have you ever been arrested for possession of illegal drugs? | — | — | — |
| Have you gone to anyone for help for a drug problem? | — | — | — |
| Have you been involved in a treatment program specifically related to drug use? | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

| | | | |
|---|---|---|---|
| DAST 20 Score | — | — | — |
| **DAST 20 - Adolescent** | | | |
| Do your parents ever complain about your involvement in drugs? | — | — | — |
| Has drug abuse created problems between you and your parents? | — | — | — |
| Have you been in trouble at school because of drug abuse? | — | — | — |
| Have you missed school assigments because of drug abuse? | — | — | — |
| DAST 20 Score | — | — | — |
| **Adult ASAM Criteria Dimensions** | | | |
| Dimension 1: Acute Intoxication and/or Withdrawal Potential | — | — | — |
| Dimension 2: Biomedical Conditions and Complications | — | — | — |
| Dimension 3: Emotional/Behavioral/Cognitive Conditions & Complications | — | — | — |
| Dimension 4: Readiness to Change | — | — | — |
| Dimension 5: Relapse/Continued Use/Continued Problem Potential | — | — | — |
| Dimension 6: Recovery Environment | — | — | — |
| **Adolescent ASAM Criteria Dimensions** | | | |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | | | |
|---|---|---|---|
| Dimension 1: Acute Intoxicaton and/or Withdrawal Potential | — | — | — |
| Dimension 2: Biomedical Conditions and Complications | — | — | — |
| Dimension 3(0.5): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| Dimension 3(1): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| ALL of the following: | — | — | — |
| Dimension 3(2.1): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| One or more of the following: | — | — | — |
| Dimension 3(2.5): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| One or more of the following: | — | — | — |
| Dimension 3(3.1): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| One or more of the following: | — | — | — |
| Dimension 3(3.5): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

| | | | |
|---|---|---|---|
| One or more of the following: Dimension 3(3.7): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| One or more of the following: Dimension 3(4): Emotional/Behavioral/Cog Conditions & Complications | — | — | — |
| One or more of the following: Dimension 4: Readiness to Change | — | — | — |
| Dimension 5: Relapse/Cont Use/Cont Problem Potential | — | — | — |
| Dimension 6: Recovery/Living Environment | — | — | — |

RECOMMENDATIONS

| | | | |
|---|---|---|---|
| Adult ASAM Level of Care Recommendation: | — | — | — |
| Adolescent ASAM Level of Care Recommendation: | | — | — |
| Clinical Rationale: | — | — | — |
| Potential obstacles to treatment | — | — | — |

User Key                                         (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| JW | Westland, Julia A, RN | 02/05/21 - |
| JR | Rodriguez, Jennifer, RN | 12/11/19 - |

## Flowsheet Row Details

### Cognition

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

## Cognition (continued)

Effective: 12/18/15
Difficulty following conversation
Forgetfulness
Impulsive
Long term memory loss
Poor attention/concentration
Poor judgement
Poor reading comprehension
Poor safety awareness
Short term memory loss
Unable to follow commands
Unable to assess
Other (Comment)

## Level of Consciousness

Effective: 09/21/17
Comatose
Confusion
New agitation
Obtunded
Pharmacologically paralyzed
Responds to Pain
Responds to Voice
Sedated
Stuporous
Unresponsive
Alert
Other (Comment)

## Neuro (WDL)

Effective: 09/04/15
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:

Within Defined Limits (WDL) = The patient does not exhibit any alterations in cognitive/neuro function.

Basic WDL for Adult/Child (>2 years old)
- Awake, Alert
- Responds/arouses easily to verbal or tactile stimuli
- Oriented to person, place, and time
- Face symmetrical
- Gross motor movement coordinated and equal
- No seizures, tremors, or posturing
- Speech clear and appropriate for age
- Absence of implantable device

WDL for Pediatric (0-2 years old)
- Awake, Alert
- Responds/arouses easily to verbal or tactile stimuli
- Loud, lusty cry
- Facial symmetry
- Moves all extremities equally
- Behavior/affect appropriate to situation, developmental stage, age and parent's observation
- Age appropriate muscle tone
- Normal facies
- Anterior fontanelle soft and flat
- Neck supple (non-trauma)

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

## Neuro (WDL) (continued)
Effective: 09/04/15

- Absence of implantable device

## Neuro Symptoms
Effective: 06/08/16
Anxiety
Altered smell
Altered taste
Dizziness
Depression
Drowsiness
Decreased motivation
Emotional Lability
Facial Droop
Fatigue
Headache
Jittery
Migraine
Numbness
Paresthesia
Seizures
Sensitivity to light
Tingling
Tinnitus
Tremors
Unable to assess
Other (Comment)

## Speech
Effective: 04/05/18
Normal
Delayed responses
Expressive aphasia
Garbled
Global aphasia
Incomprehensible
Nonverbal
Receptive aphasia
Slurred
Stuttering
Unable to communicate
Uses inappropriate words
Verbal repetition
Unable to assess
Other (Comment)

## Flowsheet Row Details

### Blood Pressure
Effective: 03/02/15
Above parameters
Below parameters

### Cardiac (WDL)
Effective: 02/29/16
WDL = Within Defined Limits
X = Exceptions to WDL

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

Cardiac (WDL) (continued)

Effective: 02/29/16
Row Information:                          Within Defined Limits (WDL) = Patient will have heart rate and blood pressure within age
                                         specific parameters. Heart rhythm will be regular.

                                         Blood Pressure (Systolic/ Diastolic)
                                         60-105 / 30-66 (less than 1 year)
                                         85-104 / 37-58 (1-3 years of age)
                                         65-117 / 39-78 (4-5 years of age)
                                         96-113 / 57-76 (6-12 years of age)
                                         110-131 / 64-83 (13-18 years of age)
                                         90-120 / 60-80 (adult)

                                         Heart Rate/Pulse (BPM)
                                         100-180 (newborn to 30 days)
                                         85-200 (31 days to 3 months)
                                         80-190 (3 months to 2 years)
                                         60-140 (2 years to 10 years)
                                         60-100 (greater than 10 years)
                                         *Pulse rate can be irregular up to 5 years*

## Heart Rate

Effective: 03/02/15
Above parameters
Below parameters

## Flowsheet Row Details

### Head and Face

Effective: 12/14/15
Abrasions/lacerations
Asymmetrical
Caput succedaneum
Cephalohematoma
Droop
Flaccid
Low forehaed
Molding
Numbness
Paralysis
Swelling
Tenderness
Tic
Trauma/injury
Twitching
Unable to assess
Other (comment)

### HEENT (WDL)

Effective: 02/13/08
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:                          Within Defined Limits (WDL) =
                                         - Eyes clear, moist, and free of edema or discharge
                                         - Hearing, speech, and vision intact
                                         - Oral mucosa mosit, pink and intact
                                         - Teeth intact and appropriate for age

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

Effective: 02/13/08

-Absence of hoarseness
- Absence of pain, bleeding, deformity, redness, swelling, drainage, or foreign body

## Flowsheet Row Details

### Cough Present
Effective: 01/12/07
Yes
No

### O2 Device
Effective: 11/11/16
None (Room air)
Nasal cannula
Simple mask
Aerosol mask
High flow nasal cannula
Bi-PAP
Blow-by
CPAP
Ventilator
Face tent
HW Trach (heated wire trach)
HWNC (heated wire nasal cannula)
Non-rebreather mask
Non-invasive ventilation
Partial rebreather mask
T-Piece
Trach mask
Transtracheal catheter
Venturi mask
OxyMask
LMA
Other advanced airway (Comment)

### Respiratory (WDL)
Effective: 09/07/06
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:

Within Defined Limits (WDL) = Patient will have a repiratory rate and pattern appropriate for age specific norms without use of supplemental oxygen or artificial airways. Breath sounds will be clear and equal bilaterally with no involuntary cough, or sputum.

Normal Findings (Objective)
Rate:
- 10-20 breaths/min (adult)
- 12-16 breaths/min (13-18 years of age)
- 18-30 breaths/min (6-12 years of age)
- 22-34 breaths/min (4-5 years of age)
- 24-40 breaths/min (1-3 years of age)
- 30-60 breaths/min (less than 1 year)
Pattern:
- Regular, effortless, symmetrical and without apparent distress or use of accessory muscles. Observe during wake or sleep. Normal respirations are relaxed, regular, automatic, and silent.

James, Malcolm Isaiah (MRN E529603) Printed by Parry, Elizabeth, RN [32327] at 5/29/21 11:46 PM

**Respiratory (WDL) (continued)**

Effective: 09/07/06

- Breath sounds are clear and equal bilaterally
- No involuntary cough or sputum production (objective or subjective)
- Nail beds/lips pink without cyanosis or pallor

-

## Flowsheet Row Details

### Integumentary (WDL)

Effective: 02/07/16
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:

Within Defined Limits (WDL) = - Patient exhibits no alterations involving the integumentary or subcutaneous structures.

Normal findings:
- Skin warm dry and intact, without generalized or localized discoloration; color normal for person
- Absence of ostomy/tubes/drains

# Medical Staff Narrative Note



CORRECTIONAL CARE

<u>Patient Name:</u> James, Malcolm <u>DOB:</u> 10/29/1993 <u>ID#:</u>108534

| Date/Time | Content/ Note |
|---|---|
| 05/29/21 2148 | During multiple restraint checks pt. was observed crying uncontrollably, yelling and shouting that we are going to kill him. When asking pt. for water pt. repeatedly stated he "didn't deserve water," and that he didn't deserve to live. Pt. repeatedly called himself ugly, retarded and apologized multiple times for looking at writer. Pt. unable to recall where he is or answer many questions asked by multiple staff. Pt. able to recall date, name and president. Pupil size 3-4, PERRLA. Prior to being put in ERC pt was observed by staff repeatedly banging his head on cell walls. Pt appers to have 3 knots on head, one in the middle and two on each side. Knot on top middle of head red, swollen and about the size of a lemon. 2 knots on size appear much smaller in diameter and mild edema. Writer contacted on call provider and updated about situation, provider ordered pt. be sent out and cleared at the hospital d/t paranoia and belligerency. Will continue to monitor------------------------------------------CVelezRNCVVRN |

Case 2:22-cv-00344-PP  Filed 03/05/26  Page 49 of 115  Document 121-9 RCI-MJ002578

# Restraint Checklist

**Patient Name:** James, Malcom    **ID #** 108534    **DOB:** 10·29·93

**Type of Restraint:**
- ☐ Bunk
- ☑ Chair

**Department Requesting Use of Restraints**
- ☑ Security
- ☐ Mental Health
- ☐ Medical

PLEASE NOTE: Complete narrative in space below for **bolded** conditions that are abnormal.

| Examination: | | Date 5·29 | Time 1810 | Date 5·29 | Time 1935 | Date 2048 | Time 5·29 | Date | Time | Date | Time | Date | Time | Date | Time | Date | Time | Date | Time | Date | Time | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| Patient Activity Assessment | *Coherent & Talkative* | | ✓ | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| | Cooperative | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| | *Combative* | | | | ✓ | | ✓ | | | | | | | | | | | | | | | | | |
| | *Crying* | | ✓ | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| | Laying Quietly | ✓ | | | ✓ | | ✓ | | | | | | | | | | | | | | | | | |
| | *Yelling/Screaming* | | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | |
| Injury Noted | *Red Marks* | | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | |
| | *Bruising* | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | |
| | *Skin Tear* | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | |
| | *Laceration* | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | |
| | *Other* | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | |
| | No Injury | | ✓ | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| Physical Examination | Normal Capillary Refill | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| | Normal Skin Color | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| | 4 Extremity Pulses | ✓ | | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| | *Edema Present* | | ✓ | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| Vital Signs | Temperature O₂ | 97 | | 97 | | 97 | | | | | | | | | | | | | | | | | | |
| | Pulse | 97 | | 118 | | 97 | | | | | | | | | | | | | | | | | | |
| | Respiration | 14 | | 20 | | 18 | | | | | | | | | | | | | | | | | | |
| | Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | |

| Nurse Signature | CXelli RN | Initials CNRN | Nurse Signature | _____ | Initials _____ |
|---|---|---|---|---|---|
| Nurse Signature | _____ | Initials _____ | Nurse Signature | _____ | Initials _____ |

**Narrative:** Pt. appears to have at least 2 knots on top of head. Officers stated he was banging head prior to being placed in ERC. Pt. confirms pain upon palpation, however writer unable to assess pain any further d/t lack of response from pt. Pt. extremely emotional, crying in chair. Pt. in between thoughts at this time, spewing out different thoughts. Pt. calling himself ugly, retarded, pt. repeatedly saying sorry throughout assessment. Will continue to monitor pt. assessed pupils. size 3-4 and PERRLA. —CNRN

2140 Upon removal of pt from ERC writer instructed to send pt. out via squad for medical clearance —CNRN

0117 Restraint Checklist

RC-MIJ002579

 **MEND**
CORRECTIONAL CARE

# Medical Staff Narrative Note

Patient Name: <u>James, Malcolm</u> DOB: <u>10/27/1993</u> ID#:<u>108534</u>

| Date/Time | Content/ Note |
|---|---|
| 5/29/2021 1415 | Writer attempted to assess pt. after being cleared from the hospital d/t smoke inhalation. Prior to encounter with pt. correctional officer warned writer pt. is currently "going through a mental break down." Upon arrival pt. was observed sitting up at the edge of the bed in a green gown, face in hand and unresponsive to staff questions. The officer and I asked pt. multiple times if he would like to be seen by medical, pt. unresponsive. Writer asked pt. if he could respond verbally or nod his head, pt. picked up head and nodded no slightly, then put his face back in his hands. Food styro seen on bed next to pt. open and half eaten. Pt. was seen by mental health prior to writer's arrival. Will continue to monitor and reassess when appropriate----------CVelezRN,MRN |

Medical Staff Narrative Note      Version 1      Copyright © 2020 MEnD Correctional Care, PLLC

# Mental Health Clinical Contact/Monitoring

**MEND CORRECTIONAL CARE**

Name: James Malcolm  DOB: 10/27/93  ID: 108534  Gender: ☑M ☐F
Appraisal Date: 5/29/21  Inmate Status: SCW  Allergies: See file  Out/Court Date: Unknown

Reason for Contact: ☐ Patient Request ☐ C-SSRS ☐ Crisis Intervention ☐ Flagged at MH Screen ☑ MH Code SUC

Sources of Information: ☑ Interview ☑ Chart Review ☐ Collateral Record Review ☑ Staff Consult CRN
☐ BDI Score _____ ☐ Dep/MH Sx Tracking ☐ PHQ9 ☐ GAD7 ☐ CAGE

MAR Reviewed: ☐ Yes ☑ No Current Meds

Relevant History/Inmate's Reported Concerns: Inmate placed on SCW. Hospital D/C paperwork indicated that inmate stated the fire he set at home was a suicide attempt before then changing his response & denying he was suicidal. When asked about the situation inmate initially stated "I wasn't trying to kill myself from the fire." After a long pause he then added "you know what, joe I was." Denied so

Mental Status (circle those that apply)
Consciousness/Orientation: (alert) (fully oriented) person place time situation specific trigger that
Appearance: (normal) poor hygiene disheveled (inappropriate) (other) looked away from MHP during, read to his attempt
Motor Activity: (normal) agitated slowed repetitive (other): of assessment but rather a "built
Speech: (normal) slowed pressured mute other: no eye contact up" of things.
Affect: appropriate labile restricted (blunted) (other:) resigned Denies any current
Mood: euthymic dysphoric elevated (depressed) other:_____ MH tx or meds or
Memory: (normal) immediate impaired recent impaired remote impaired other:_____ no substance use
Judgement/Insight: intact (impaired insight) denial of disorder external locus other:_____ Denies SI since
Attention/Focus: (good) inattentive confused vigilant other:_____ arrival to the
Thought Form: linear/goal directed circumstantial tangential loosening other:_____ facility.
Thought Content: (no abnormalities) poverty of thought delusional (clarify):_____ other:_____
Perception: (no abnormalities) disassociation hallucinations (clarify):_____ other:_____

Other Relevant Mental Health Status Observations: was observed standing staring in mirror naked, complied + put gown on when MHP arrived. After being seen was observed exercising/jumping in cell naked again, guarded. uncomfortable

Current Risk Assessment: Danger to SELF (Intent, Plan, Means) ☑ None ☐ Imminent
Danger to OTHERS (Intent, Plan, Means) ☑ None ☐ Imminent

Clinical Summary: Inmate cooperate although presents as extremely guarded and uncomfortable speaking to MHP. Reports he ate upon arrival. Will remain on SCW for further observation.

Diagnostic Impression: pending further eval. Current depression Sxs
☐ No Mental Health Diagnosis - Normal Response to Situation or Circumstance

Follow-Up:
☐ None ☐ Low < 6 months ☐ Medium < 3 months ☐ High < 2 weeks ☑ Next Follow-up: next clinic day
☑ Supportive/Talk Therapy
☐ Refer to Medical Provider for Medication Consideration
☐ Outside Psychiatric Evaluation
☐ Inpatient Psychiatric Admission

Placement Recommendations: ☐ No Placement Concerns (including Inmate Worker, Program Participation)
☑ Yes - See Special Precautions Form
☑ Single Cell ☐ Double/Tanked Cell

Outcome of Team Collaboration/Consultation: _____

MH Professional Name & Signature: Melissa Olsen MA, LLM LLP  Date: 5.29.21  Time: 855

Medical Provider Name & Signature: _____  Date: _____ Time: _____

Mental Health Clinic Contact                Version 1                Copyright © 2021 MEnD Correctional Care, PLLC



# C-SSRS Initial Screening

Patient Name: James, Malcolm                     DOB: 10/27/93   ID #: 108534

**COLUMBIA-SUICIDE SEVERITY RATING SCALE**
*Screen with Triage Points for Corrections*

| Ask questions that are in bold and underlined. | Past month | |
|---|---|---|
| **Ask Questions 1 and 2** | YES | NO |
| 1) **_Have you wished you were dead or wished you could go to sleep and not wake up?_** | ✓ | |
| 2) **_Have you had any actual thoughts of killing yourself?_** | ✓ | |
| **If YES to 2, ask questions 3, 4, 5, and 6.  If NO to 2, go directly to question 6.** | | |
| 3) **_Have you been thinking about how you might do this?_**<br>e.g. "*I thought about taking an overdose, but I never made a specific plan as to when where or how I would actually do it....and I would never go through with it.*" | ✓ | |
| 4) **_Have you had these thoughts and had some intention of acting on them?_**<br>as opposed to "*I have the thoughts, but I definitely will not do anything about them.*" | ✓ | |
| 5) **_Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?_** | ✓ | |
| 6) **_Have you ever done anything, started to do anything, or prepared to do anything to end your life?_**<br>Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.<br><br>If YES, ask: **_Was this within the past 3 months?_** | **Lifetime** ✓ | |
| | **Past 3 Months** ✓ | |

**Response Protocol to C-SSRS Screening**
Item 1 Behavioral Health Referral
Item 2 Behavioral Health Referral
Item 3 Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 6 Over 3 months ago: Same Day Behavioral Health Evaluation, Consider Suicide Precautions

Comments: Inmate seen on SCW. Denies current SI. Will remain on SCW.

Staff Print/Signature: Melissa Olson MH LPCMHP          Date: 5.29.21   Time: 855

C-Ssrs Initial Screening                     Version 1          Copyright © 2020 MEnD Correctional Care, PLLC



# Special Precautions/Management

Patient Name: James, Malcolm  DOB: 10/27/93  ID: 108534

When special precautions/management is initiated due to threatened or attempted self-harm or medical conditions, medical or mental health staff will assess patient on an ongoing basis until all restrictions are restored as safety of the patient indicates. Items marked (√ or X) are items the patient has had restored.

### Clothing Items
_____ Underwear/socks/bra
_____ Scrub top, pants, and footwear
___√___ Kevlar suit

### Linens
_____ Washcloth ⎤ available during
_____ Towels ⎦ hair cut
_____ Blankets
_____ Pillowcase/bed linens
___√___ Kevlar blanket
___√___ Mattress

### Hygiene Items
___√___ Toilet paper
_____ Deodorant
_____ Toothpaste and toothbrush ⎤ available
_____ Soap and shampoo ⎦ during hair cut
_____ Comb
_____ Feminine hygiene products

### Observational Status
___√___ Suicide Watch (freq. per facility)
_____ Mental Health Watch
_____ No Watch

### Diversion Items
_____ Eyeglasses/dentures
_____ Books and magazines
_____ Writing paper and pencil
_____ OTC medications
_____ Electronic devices

### Razor (Select 1)
_____ Full privilege
_____ Will need observation only
___√___ No razor use

### Dietary (Select 1)
_____ Regular dinnerware and tray
___√___ Precautionary

### Showering (Select 1)
_____ One-on-one observation
___√___ Full privilege per facility

### Location
___√___ Secured Housing/Special Management
_____ General Population
_____ Other_____

**Reason:** Inmate made suicidal statements while at the ER prior to arrival.

**Interdisciplinary Staff Members Consulted:** _____ N/A _____

**Intervention/Follow-Up Plan:** Inmate seen on SCW. Cooperative. Will remain on SCW

### Follow-Up Schedule
☐ Daily
☐ Weekly
☐ Monthly
☑ Other: next clinic Day

### Special Precautions Protocol
☐ Initiated
☐ Discontinued
☐ Modified
☑ No Changes

Medical Staff Print/Signature: Melissa Olsen MMC MACPLMHP  Date: 5·29·21  Time: 885

Discontinuation/Modification Order Received From: _____ Date: _____ Time: _____

Medical Provider Review Signature: _____ Date: _____ Time: _____

Special Precautions Management  Version 1  Copyright © 2021 MEnD Correctional Care, PLLC

## SUICIDE WATCH NOTIFICATION

| | | |
|---|---|---|
| Inmates Full Name: *Jarvis, Malcom* | Booking Number: *21-3392* | Cell: *1EC9* |
| Movement Date: *05/24/21* | Comp. Number (if needed): | |

On the above date, I moved the above indicated inmate into a *Suicide Watch Status* due to the following behaviors (be as detailed as possible):

*Made statements to Ascension Hospital staff*

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date of First Review: _____  Jail Supervisor: *Sgt. Payne* _____

J-22   Created 1/96   White – Inmates Permanent File   Yellow – Medical Records   Pink – Human Services Department

RCI-MJ002584



# FLU VIRUS SCREENING WORKSHEET

REVIEWED BY MEDICAL
Mendola     5|29|21     Sgt. Perone
Payroll # / Name     Date

Inmate's Name: **JAMES, MALCOLM**   10/29/93      SPN: **108534**

Booking Date: **5/29/21**   Staff's Name **RUSCH**     Payroll# **10835**   Date: **5/29/21**

TAKE INMATE'S TEMPERATURE IMMEDIATELY UPON ENTRY: **98.5** F.     **0.00**

## QUESTIONS TO ASK INMATE WHILE IN THE METALS ROOM

☐ Do you believe that you currently have flu symptoms or have been in close contact with someone who has the flu.     _✓_ NO _____ YES

☐ Have you had close contact with someone with lab-confirmed Coronavirus in the last 21 days?     _✓_ NO _____ YES

☐ Have you traveled to China, Iran, Italy, Japan or South Korea, or have had known contact with someone who has traveled to these countries within the past 21 days?     _✓_ NO _____ YES

☐ Is the temperature reading above 100.3?     _✓_ NO _____ YES

## INITIATE THE FOLLOWING IF "YES" TO ANY ITEM ABOVE

**Personal Protective Equipment**

☐ Give the inmate a face mask to wear. Staff should also don their facemask, goggles and gloves.

**Inmate Property Inventory**

☐ Any money should be placed on a paper towel on the counter and lightly sprayed with Virex (both sides) and the money accounted for in a paper envelope. Process the inmate's money as if the machine were inoperable.

☐ Property that can be vacuum-sealed shall be done as normal.

☐ Wearable property taken during pre-book and change-over that can be laundered will be placed in a yellow bag and washed as soon as possible.

☐ Property that cannot be washed shall be put in a yellow bag, tied shut, and placed in the inmate's property bag.

**Inmate Change-Over & Movement**

☐ Complete the pre-booking process change the inmate over completely, including shower with Lindane solution.

☐ Provide the inmate with standard change-over property.

☐ Escort the inmate immediately up to either 3A or 2A at the direction of your supervisor.

☐ After safely transporting and securing the inmate inside of a cell or dayroom on 3A or 2A, use Virex backpack located in the pre-book station, to spray down all areas that the inmate occupied throughout the process. Wash your hands properly at the conclusion of this process.

Created by Captain Friend 3/10/2020



| | | | |
|---|---|---|---|
| SPN : | **108534** | Name : | **James, Malcolm Isaiah** |

DOB : **10/29/1993**

Booking#: **21-002396**   Completed By : **9929-Yousif, Max P**   Date & Time : **05/29/2021 03:38**

## I. RISK AND NEEDS SCREENING

| | | |
|---|---|---|
| A) Is the inmate unconscious? | ☐ YES | ☑ NO |
| B) Does the inmate have any visible signs of trauma/illness requiring immediate emergency/doctor care? If yes what? | ☐ YES | ☑ NO |
| C) Who is your current medical doctor, and where is he/she located? | | |
| **None** | | |
| D) Are you on a special diet prescribed by a doctor? If yes, what is the diet and who ordered it? | ☐ YES | ☑ NO |
| E) Are you allergic to any type of food? If yes, what type of reaction do you get? List seperately for each type of food allergy? | ☐ YES | ☑ NO |
| F) Have you been hospitalized during the past 6 months? If yes, why and where? | ☐ YES | ☑ NO |
| G) Have you had a recent head injury, blackouts or fainting spells? | ☐ YES | ☑ NO |
| H) Are you currently taking any medications? If yes, what meds and what are they for? Who prescribed them? | ☐ YES | ☑ NO |
| I) Are you allergic to any medications? If yes, what? What kind of reaction do you get? | ☐ YES | ☑ NO |
| J) What pharmacy in what city do you get your medication from? | | |
| **None** | | |
| K) Do you have high blood pressure? If yes, what medication do you take for it? | ☐ YES | ☑ NO |
| L) Do you have diabetes? | ☐ YES | ☑ NO |
| M) Do you have asthma? If yes, what medication do you take for it? | ☐ YES | ☑ NO |
| N) Do you experience seizures? If yes, what medication do you take for them? | ☐ YES | ☑ NO |
| O) Did you bring any medications with you to jail today? If yes, What? | ☐ YES | ☑ NO |
| P) (If Female) Are you currently pregnant, and who is your doctor? How many months pregnant are you? | ☐ YES | ☑ NO |
| Q) Do you have a painful dental condition? | ☐ YES | ☑ NO |
| R) Do you have any physical limitations or restricted mobility that would require immediate accommodation? | ☐ YES | ☑ NO |
| S) Do you wear eye glasses or contacts? | | |

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 57 of 115    Document 121-2    RCJ-MJ-002586


☐ **A) Yes, I am wearing contacts now.**

☐ **B) Yes, I have my prescription eye glasses here.** (Inmates can keep prescription eye glasses on person with supervisor's approval, SCW inmates can NOT have on person - prescription eye glasses for SCW are to be kept at Officer's station -can be used only when supervised)

☐ **C) I wear contacts and/or prescription eye glasses, but I do not have them with me.**

☑ **D) No.**

| | | | |
|---|---|---|---|
| T) | Do you have dentures? If yes, upper, lower, or both? | ☐ YES | ☑ NO |
| U) | Are you wearing a hearing aid? | ☐ YES | ☑ NO |
| V) | Do you wear and artificial limb? If yes, please explain. | ☐ YES | ☑ NO |
| W) | Do you have a history of, or have had an exposure to tuberculosis? If yes, when? | ☐ YES | ☑ NO |
| X) | Have you ever had a positive TB skin test (A test using a needle in the skin on the underside of the arm which caused a bump after 2 days)? If yes, where and when? | ☐ YES | ☑ NO |
| Y) | Have you ever been told you have tuberculosis? If yes, when and by whom? | ☐ YES | ☑ NO |
| Z) | Do you currently have a cough that has lasted 3 weeks or longer? | ☐ YES | ☑ NO |
| AA) | Do you bring up anything when you cough? Blood, sputum, etc? | ☐ YES | ☑ NO |
| BB) | Do you sweat at night, enough to soak the sheets? | ☐ YES | ☑ NO |
| CC) | Have you experienced fever or chills within the past 24 hrs? | ☐ YES | ☑ NO |
| DD) | Have you lost more than 10 pounds of weight recently without trying? | ☐ YES | ☑ NO |
| EE) | Do you have chest pain? | ☐ YES | ☑ NO |
| FF) | Have you ever been around someone who has had tuberculosis? If yes, who and when? | ☐ YES | ☑ NO |
| GG) | Were you born outside of the United States? If yes, what country? | ☐ YES | ☑ NO |
| HH) | Do you shoot drugs? If yes, what type? | ☐ YES | ☑ NO |
| II) | Have you ever considered yourself to be homeless? | ☐ YES | ☑ NO |
| JJ) | What religion do you practice? **None** | | |
| KK) | Are you on a religious diet? | ☐ YES | ☑ NO |
| LL) | Are you currently taking any anti-viral or blood thinner medications? | ☐ YES | ☑ NO |
| MM) | Do you currently have medical insurance? | ☐ YES | ☑ NO |

## II. MENTAL HEALTH SCREENING

| | | | |
|---|---|---|---|
| A) | Have you had any past mental health treatment? If yes, please explain what type of treatment and who is your mental health proffesional? | ☐ YES | ☑ NO |



B) Have you recently seen a mental health professional? If yes, when and ☐ **YES**    ☑ **NO**
where?

C) Have you recently been hospitalized for this problem? If yes, when and ☐ **YES**    ☑ **NO**
where? How many times?

D) What medication do you take for this mental health problem? When did
you take the medication last?

   **None <br>**

E) Do you currently reside at a group home?                               ☐ **YES**    ☑ **NO**

## III. SUICIDE RISK SCREENING

A) Does this inmate's behavior suggest the risk of suicide? If yes, what   ☐ **YES**    ☑ **NO**
comment was made, or what observation did you make?

B) Do you feel suicidal at this time?                                     ☐ **YES**    ☑ **NO**

C) Have you ever attempted suicide?                                       ☐ **YES**    ☑ **NO**

D) Does this inmate exhibit behavior to suggest risk to himself/herself,   ☐ **YES**    ☑ **NO**
staff and/or other inmates? If yes, what type of behavior was
observed?

E) Has there been any history of depression or suicide completion in your ☐ **YES**    ☑ **NO**
family?

## IV. SUBSTANCE ABUSE

A) Does the inmate exhibit signs of being under the influence of          ☐ **YES**    ☑ **NO**
drugs/alcohol? If yes, please explain.

B) Do you use street drugs? If yes, what, how much,  and when last        ☐ **YES**    ☑ **NO**
used?

C) Do you use alcohol? If yes, what, how much and when last used?         ☐ **YES**    ☑ **NO**

D) Was PBT taken?                                                         ☑ **YES**    ☐ **NO**

d) Enter the result:

   **0.00**

E) Are there any other medical conditions we need to be aware of? If yes, ☐ **YES**    ☑ **NO**
please explain.

F) Have you used any opioids (heroin, pills or any other type) in the last 6 ☐ **YES**    ☑ **NO**
months?

G) Are you experiencing any cravings for opioids?                        ☐ **YES**    ☑ **NO**

H) Do you feel you need help with your opioid use?                       ☐ **YES**    ☑ **NO**

J) Do you want to talk to a case manager about a medication that may be ☐ **YES**    ☑ **NO**
available to help you with your opioid use?

## V. VETERANS AND OTHER INFORMATION

1) Have you ever served in the United States military? If yes, enter the  ☐ **YES**    ☑ **NO**
name of the branch of service the inmate served in and the dates. This
is an example: (USAF- 12/75-12/79)

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 59 of 115    Document 120-9    RCO-MJ002588



2) If you served in the US Military, what type of discharge did you recieve?

    ☐ **A) Honorable**

    ☐ **B) General**

    ☐ **C) Medical**

    ☐ **D) Dishonorable**

    ☐ **E) Other**

3) Are you currently recieving any form of veterans benefits? If yes, enter the type of benefit.    ☐ **YES**    ☐ **NO**

4) Do you have any children?    ☐ **YES**    ☑ **NO**

## VI. PREA QUESTIONS

1) Do you have any mental, physical, or developmental disabilities that we should be aware of?    ☐ **YES**    ☑ **NO**

2) What is the build of the inmate?

    ☐ **A) Slim**

    ☐ **B) Medium**

    ☑ **C) Heavy**

3) What is the age of the inmate?

    **27**

4) Have you been previously incarcerated?    ☐ **YES**    ☑ **NO**

5) Have you ever been convicted of a violent crime?    ☐ **YES**    ☑ **NO**

6) Have you ever been convicted of a sex offense against an adult or child?    ☐ **YES**    ☑ **NO**

7) Do you identify yourself with any of the following: gay, lesbian, bisexual, transgender, intersex, or Non-conforming?    ☐ **YES**    ☑ **NO**

8) Have you ever experienced sexual victimization?    ☐ **YES**    ☑ **NO**

9) Do you feel vulnerable at this time?    ☐ **YES**    ☑ **NO**

10) Is the inmate detained solely for civil immigration purposes?    ☐ **YES**    ☑ **NO**

## VII. SIGNATURE ACKNOWLEDGMENTS

READ OUT LOUD TO THE INMATE: The Racine County Jail has rules. You will need to follow the rules or you could be disciplined and have sanctions applied to you. When you are moved to the housing area of the jail, you will be issued a rule book that lists all the rules and sanctions.

If you wish to guarantee continuation of the exact same medication that you bring into the jail facility, you will have to continue to provide that medication to the jail.

Inmate supplied medications will be reviewed and verified by a medical staff. If the medications are found to be medically necessary then the medications will be continued.

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 60 of 115    Document 121-2



If you do not want to guarantee continuation of the exact same medication, your medical condition will be evaluated by on-site medical staff and different medication MAY be prescribed.

4) Inmate Signature:

_____　　　05/29/2021 03:38
Signature　　　　　　　　　　　　　　　　Date

 **Ascension**

Ascension All Saints Spring St Campus, Emergency Dept
Phone: 262-687-4201, 3803 SPRING ST
RACINE WI 53405-1660

Date: May 29, 2021

Name: Malcolm Isaiah James
PO BOX 085203
RACINE WI 53408

ID: Z530693
DOB: 10/29/1993

**acetaminophen (TYLENOL) 500 MG tablet**
Sig: Take 1 tablet (500 mg total) by mouth every 6 (six) hours as needed for Pain for up to 15 doses.
Qty: **15 (Fifteen) tablet**          Refill: **0 (Zero)**
Start: May 29, 2021          Diagnosis:

Order ID: 1143552130

Route: Oral

Dispense as Written? No

Signature _____

Authorizing Provider: Konicek, Andrew T, DO          NPI: 1073824207          DEA: FK5445968

Security features: (**) border for quantity and refill amount.

WARNING: This document contains the following industry recognized tamper resistant security features.

| | |
|---|---|
| Copy Void Pantograph | When copying is attempted on many copiers and scanners the message "COPY " appears in the background |
| TROYmark™ | Diagonal repeating "watermark" consisting of variable data from the document, located on front or back of page |
| Micro Print | Area of very small print which must be read under magnification found wherever the MP symbol appears |
| Security Features Warning Box | Warning Box describing the security features contained within this document |

# AFTER VISIT SUMMARY

 **Ascension**

**Malcolm I. James** CSN: 143077634

📅 5/29/2021  📍 Ascension All Saints Spring St Campus, Emergency Dept 262-687-4201

## Instructions

This patient was evaluated in the emergency department. There is no evidence of an acute medical emergency at this time that requires further emergent treatment. This patient may still have medical problems that need follow-up evaluation and treatment. He is cleared for incarceration at this time. Should his condition change or have new complaints patient should be evaluated by a physician.

 **Read the attached information**
1. Smoke Inhalation (English)
2. Suicide, Recognizing Warning Signs in Others (English)

## What's Next
You currently have no upcoming appointments scheduled.

## Changes to Your Medication List
You have not been prescribed any medications.

## Ascension Wisconsin MyChart Sign-Up
Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://wimychart.ascension.org/**, click "Sign Up Now", and enter your personal activation code: **C57ZK-H7QPC-2W5BB**. Activation code expires 7/28/2021.

## Today's Visit
You were cared for today by a team of clinicians, nurses and technicians who specialize in emergency care including emergency medicine specialists: Grace, Allison, MD, Wade, Jeannette M, NP

**Reason for Visit**
- Psychiatric Evaluation
- Smoke Inhalation

**Diagnoses**
- Suicidal ideation
- Smoke inhalation

**🧪 Lab Tests Completed**
Acetaminophen Level
Alcohol
Carbon Monoxide (CO)
Hemogram w/Differential
Metabolic Panel, Comprehensive (CMP)
Salicylate Level

 Blood Pressure
**181/77**

Temperature (Oral)
**98 °F**

 Pulse
**95**

Respiration
**16**

 Oxygen Saturation
**96%**

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 63 of 115    Document 112-9    RCT-MJ-002592

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 64 of 115     Document 121-9

RG-MJ002593



## Helpful ideas for following your medication schedule:

- Develop a daily routine for taking your medication
- Never change or stop taking your medication without first checking with your doctor.
- Call your doctor if you have any problems or questions about your medications.
- Call your doctor for a refill before your medications get too low.
- Keep a current medication list with you at all times.
- Bring your current list of medications with you every time you see your doctor or go to the hospital.
- Make sure your doctor knows about any herbal products, vitamins, or OTC medications that you take.

## How to safely store your medication:

- Keep in original bottle with cap tightly closed
- Keep away from heat, light and moisture
- Keep away from children and pets
- Good places to store medication include:
    - A safe or other locked box or locked drawer
    - Top shelf of a hallway or bedroom closet
    - Top shelf of a kitchen cabinet furthest away from your stove
- Do NOT store medication in your bathroom medicine cabinet
- Do NOT store medication above your stove
- Do NOT store medication in a hot car

## How to safely dispose of medication:

- Always get rid or expired, unwanted or unused medication as soon as possible
- Do NOT share your medication with anyone
- Talk to your pharmacist or call the local police station about how to get rid of extra medications
- Look for national drug take-back days where you can bring your unused medications

Send an email to Rick, Matt, and IWe have examined and treated you today on an emergency basis only. If your symptoms or medical problem(s) fail to improve, call your doctor or return here. Please note:

- **If you should need psychiatric assistance or suicide prevention information, please call 1-800-273-8255 (suicide crisis line) or Project Impact at 211 for personal crisis resources.**

- **If you were prescribed sedatives or pain medications:** these may make you drowsy. Do not drink alcohol or operate machinery while you are taking these medications.
- **If you were prescribed an over the counter medication:** it is important to thoroughly read the information contained in the package before taking the medication.
- **If you had an x-ray:** fractures (breaks in bone) are not revealed on the initial X-rays but may be revealed on subsequent X-rays. If your pain persists, please seek follow-up care. Your X-ray has been read on a preliminary basis. Final reading will be made by the radiologist in 24 hours. You will be notified of any additional findings.
- **If you had lab tests or cultures obtained:** if additional treatment is required we will contact you. If you do not hear from us, but are interested in the results, you may view them on MyChart. Results can also be obtained in person with picture ID at our Medical Records department.

Improving our Performance

Thank you for choosing our Emergency Department for your health care needs. Our goal is for each patient and family to have a positive experience. We strive for excellence and value your opinion of our services. You may receive a call from our survey partner, PRC (Professional Research Consultants, Inc.), about your recent visit. They will ask questions about the care you received and the people who took care of you. We want to hear about what we did well so we can thank our staff. We also want to hear about what we could do better in the future. If you have any feedback you would like to share about your visit, please call our Patient Relations Line at 262-687-2131.

Billing by Independent Providers

You may receive separate billing statements from independent physicians involved in your care at Ascension Wisconsin facilities, including radiologists, emergency physicians, urgent care physicians, and others. These physicians may or may not participate in all insurance networks. Please talk with your insurance provider for network provider and coverage information. If you have any questions regarding your independent physician bills, please call the telephone numbers listed on the billing statement.

The information in this after visit summary is up to date as of: 5/29/2021 2:05 AM.

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 66 of 115    Document 112-2595

# COVID-19 Safety Instructions

**Q: What is COVID-19 (novel coronavirus)?**
**A:** A novel coronavirus is a new coronavirus that has not been previously identified. The virus causing COVID-19 is not the same as the **coronaviruses that commonly circulates among humans** and causes mild illness, like the common cold.

**Q: What are the symptoms of COVID-19?**
**A:** Patients with COVID-19 typically have mild to severe respiratory illness with symptoms of
- Fever (>100.0)
- Cough
- Shortness of breath

Additional symptoms per the CDC include but are not limited to the following:

- Fatigue
- Muscle or body aches
- Headache
- New loss of taste or smell
- Sore throat
- Congestion or runny nose
- Nausea or vomiting
- Diarrhea

It is important to note that symptoms may appear 2-14 days after exposure to the virus.

**Q: How can I protect myself and others?**
**A:**
- Practice social distancing
    - o Avoid public places
    - o Avoid gatherings with others
    - o Avoid handshakes
- Maintain six (6) feet distance between yourself and others
- Limit visitors at home to only those needed for your care
- Prohibit elderly persons, persons with chronic health problems and/or persons with Immune disorders (e.g diabetes, chronic heart, lung or kidney issues) from visiting
- Avoid close contact with people who are sick
- Monitor your symptoms if you are the person providing care
- Avoid touching your eyes, nose, and mouth with unwashed hands
- Wash your hands often with soap and water for at least 20 seconds. Use an alcohol -based hand sanitizer that contains at least 60% alcohol if soap and water are not available
- Stay home when you are sick, except to get medical care
- When in public, wear a facemask* (or cloth face covering) over your nose and mouth
    - *If you are not able to wear a face mask due to breathing problems, try to maintain 6 feet of distance and cover your coughs and sneezes some other way, e.g. with a tissue*

**Q: What precautions do I need to take when I am discharged?**
**A:**
- Follow all instructions provided by your physician
- If your doctor prescribed a medication(s), you should take the medication(s) until gone
- If you have a follow-up appointment, call the doctor's office ahead of time and inform that you tested positive for COVID-19

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 67 of 115    Document 121-9    RCT-MJ002596

- Wear a facemask* (or cloth face covering) when you are around other people and when going to the doctor while symptoms still exist - follow your doctor's instructions
  *If you are not able to wear a face mask due to breathing problems, try to maintain 6 feet of distance*
- Practice social distancing and avoid crowds
- Stay away from persons with any signs and symptoms of sickness
- Do not share utensils/drinking glasses/toothbrushes
- Do not share pillows/sheets/blankets
- Wash your laundry (e.g. clothes, sheets, blankets) with the hottest temperature allowed by the recommendations on the garment
- Avoid using public transportation
- Drink plenty of fluids
- Get rest
- Cover your mouth/nose when you cough/sneeze
- Throw used tissues in a lined trash can
- Wash your hands with soap and water for at least 20 seconds, especially after blowing your nose, coughing or sneezing
- If soap and water is not readily available, use a hand sanitizer that contains at least 60% alcohol. Cover all surfaces of your hands and rub them together until they feel dry.
- Frequently clean surfaces you touch with wet wipes/disinfectant
- Try to use a separate bathroom just for you
- Avoid handling of your pets
- Check your temperature

**Q: When will I be able to stop home isolation?**
**A:** The answer depends on whether you will be tested by your doctor (primary care) to determine if you are still contagious. In most instances, discontinuation of isolation is based on the improvement in your clinical symptoms, and often there is no need to repeat the test to check on whether the virus is still present. Always follow your doctor's instructions.

If your doctor (primary care) is **_not_** going to retest you to determine if you are still contagious (in most instances retesting is not needed) then all of the below must occur:
- At least **10\* days** have passed since symptom onset <u>and</u>
- At least **24 hours** have passed since resolution of fever without the use of fever-reducing medications <u>and</u>
- Other symptoms have improved.

*(in rare instances this may be extended to 20 days for those that are immunocompromised or had severe illness; consult with your doctor if any questions)

Testing for the virus for discontinuing home isolation could be considered for persons who are severely immunocompromised, in consultation with infectious disease experts. For all others, testing is no longer recommended except to discontinue isolation or other precautions **earlier** than would occur under the symptom-based strategy outlined above.

If your doctor (primary care) **_is_** going to test you, then, the following must occur:
- You no longer have a fever without the use of medicines that reduce fever <u>and</u>
- symptoms have resolved or improved <u>and</u>
- you have two (2) negative tests 24 hours apart

**Q: When should I seek emergency care?**

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 68 of 115    Document 121-2597

**A:** Call your doctor if you think your symptoms are worse or you develop new symptoms. This list does not contain every possible symptom. Please consult your physician about any symptoms you are experiencing that are concerning. Alert 911 operator or hospital If you think you may have COVID-19. If possible, place a covering over your nose and mouth prior to ambulance arrival or entering the hospital.

- Call 911 and/or go to the ER if you are experiencing:
  - Diffculty breathing or shortness of breath
  - Persistent pain or pressure in the chest
  - New confusion or inability to arouse
  - Bluish lips or face

**For additional information on COVID-19 go to the following website:**
https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/steps-when-sick.html
https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html
https://www.cdc.gov/coronavirus/2019-ncov/downloads/10Things.pdf

5/18/20; 06/08/20, 7/31/20 revised

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 69 of 115    Document 121-2  RGH-MJ002598


## Smoke Inhalation

Smoke contains carbon monoxide and other chemicals that irritate the eyes, nose, throat and lungs. During a serious fire, these gases can be extremely hot and burn the inside of the mouth and lungs. A household or industrial fire can sometimes also produce deadly cyanide. But a major concern with most fires is carbon monoxide.

Carbon monoxide poisoning keeps oxygen from getting to the vital organs of the body. Symptoms may include:

- Fatigue and sleepiness
- Headache
- Nausea
- Dizziness
- Fainting
- Shortness of breath
- Chest pain
- Irritability
- Confusion
- Convulsions (seizures)

In severe cases, there may be delayed effects that appear a few days to a few weeks after you are exposed. These may include:

- Memory loss
- Personality changes
- Tremors

The best treatment for mild carbon monoxide exposure is to leave the affected area and breathe plenty of fresh air. More severe cases require treatment with oxygen for several hours. In some cases, you may be placed in a hyperbaric oxygen chamber. This involves breathing 100% oxygen in a pressurized body chamber.

The irritant effects of other chemicals in the smoke usually go away within 1 to 24 hours. Sometimes a pneumonia-like illness can develop after smoke inhalation.

### Home care

- Breathe fresh air for the next few hours. Avoid closed spaces with poor airflow.
- Rest until you are feeling fully back to normal again. This may take 24 hours.
- During the next 24 hours, don't smoke cigarettes. Stay away from others who smoke. Cigarette smoke is a source of carbon monoxide.
- Make sure that you have working smoke and carbon monoxide detectors in your home.

### Follow-up care

Follow up with your healthcare provider, or as advised.

### When to seek medical advice

Call your healthcare provider right away for any of the following:

- Not feeling back to normal within 24 hours
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider
- Cough with lots of sputum
- Headache, dizziness, fainting

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 70 of 115    Document 121-2

**Call 911**

Call 911 for any of the following:

- Shortness of breath that gets worse
- Chest pain
- Confusion or drowsiness
- Convulsions (seizures)

**StayWell last reviewed this educational content on** 6/1/2020

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 71 of 115    Document 121-2

## Recognizing Suicide Warning Signs in Others



People who are thinking about suicide may not understand that they are depressed. Certain thoughts, feelings, and actions can be signals that let you know a person may need help. Watch for these warning signs of suicide.

**Warning signs**

- Threats or talk of suicide
- Buying a gun or other weapon or hoarding medicines
- Statements such as "I won't be a problem much longer" or "Nothing matters"
- Giving away items they own, making out a will, or planning their funeral
- Suddenly being happy or calm after being depressed for a long time
- Expressing feelings of being a burden to others
- Increased use of alcohol, drugs, or other risky behaviors
- Withdrawing from people and activities
- Expressing feelings of hopelessness or being trapped
- Sleeping too much or too little
- Feeling there is no reason to live
- Calling people to say goodbye
- Experiencing chronic, unbearable pain

**To be sure, ask**

If you think a person you care about could be suicidal, ask, "Have you thought about suicide?" Most people will tell you the truth. If they say "yes," they may already have a plan for how and when they will attempt it. Find out as much as you can. The more detailed the plan, and the easier it is to carry out, the more danger the person is in right now. Tell the person you are there for them and don't want them to harm him or herself. Don't wait to get help for the person.

**To learn more**

Contact a local mental health clinic or the following:

- **National Suicide Prevention Lifeline**800-273-TALK (800-273-8255) www.suicidepreventionlifeline.org
- **National Institute of Mental Health**866-615-6464www.nimh.nih.gov
- **National Alliance on Mental Illness**800-950-6264www.nami.org
- **Mental Health America** 800-969-6642www.nmha.org

Case 2:22-cv-00344-PP     Filed 03/05/26     Page 72 of 115     Document 121-2601

- **National Suicide Hotline** 800-SUICIDE (800-784-2433)

Never leave the person alone or out of sight. A person who is actively suicidal needs help right away from a mental health expert. Take action. Remove means to self-harm, such as guns, rope, or stockpiled pills.

**If there is an immediate risk, call 911.**

In less critical situations, call the 24-hour suicide crisis hotline 800-273-TALK (800-273-8255). If the person can be driven somewhere safely, take the person to the closest hospital ER.

**StayWell last reviewed this educational content on** 12/1/2019

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Department

| Name | Address | Phone |
|---|---|---|
| Ascension All Saints Spring St Campus, Emergency Dept | 3803 SPRING ST Racine WI 53405-1660 | 262-687-4201 |

**James, Malcolm Isaiah #E529603 (Acct:40007312776) (DOB:10/29/1993 27 y.o. M) PCP: HALL, A (262-687-8173)**　　　　　　　　**06 (Ready for Discharge)**

## Code Status Information

Code Status
**Not on file**

## Previous ED Visits

| | Complaint | Diagnosis Description | Type | Department | Provider |
|---|---|---|---|---|---|
| 2/2/18 | Sore Throat | Sore throat | ED (Discharge) | ACVER | Cesar, Louis-Marcel A, MD |
| 1/20/18 | Smoke Inhalation | Smoke inhalation | ED (Discharge) | ACVER | Clark, Matthew J, MD |
| 4/1/17 | Cough | Cough ... | ED (Discharge) | ACVER | Konicek, Andrew T, DO |
| 1/2/17 | Assault Victim | Lip abrasion, initial encounter ... | ED (Discharge) | ACVER | Chellin, Ryan, DO |
| 7/28/16 | Hand Pain | Finger injury, left, initial encounter ... | ED (Discharge) | ACVER | Kalinowska, Ewa, MD |

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 5/29/2021 00:20 | Urgent |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Ambulance (MED 1 RACINE) | Self | Emergency | Emergency |

Arrival complaint
PSYCH EVAL

## Chief Complaint

| Complaint | Comment |
|---|---|
| **Psychiatric Evaluation** | |
| **Smoke Inhalation** | |

## Vitals (last day)

| Date/Time | BP | NIBP (Mean) | Pulse | Cardiac Rhythm Check | Patient Position | Resp | Temp | SpO2 | FiO2 % | O2 Flow Rate (L/min) | O2 Device |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/21 0205 | 150/102 ! | 120 | 116 | — | — | 16 | — | 97 % | — | — | None (Room air) |
| 05/29/21 0100 | 152/75 | 104 | 99 | — | — | 22 | — | 97 % | — | — | None (Room |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21 2:09 AM

**Vitals (last day) (continued)**

| Date/Time | BP | Pulse | | | | Resp | Temp | SpO2 | | | O2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | air) |
| 05/29/21 0045 | 181/77 | 111 | 95 | — | — | 16 | — | 96 % | — | — | None (Room air) |
| 05/29/21 0030 | — | — | — | — | — | — | — | — | — | — | None (Room air) |
| 05/29/21 0024 | 144/93 ! | — | 99 | — | — | 16 | 36.7 °C (98 °F) | 100 % | — | — | None (Room air) |

## I/O
None

## Pain Assessment

| Date and Time | Patient's Stated Pain Goal | Pain Assessment | Pain Score | Pain Type | Pain Location | Pain Orientation | Pain Radiating Towards | Pain Descriptors | Pain Frequency | Pain Onset | Clinical Progression | Effect of Pain on Daily Activities | Pain Interventions | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/21 0030 | -- | No/denies pain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | JAW |

## Patient Lines/Drains/Airways Status
Active Airway / CVC Line / Drain / Epidural Line / Intraosseous Line / PICC Line / PIV Line / ART Line
None

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Grace, Allison, MD | Attending Provider | 05/29/21 0205 | -- | 687-6026 | |
| Wade, Jeannette M, NP | Nurse Practitioner | 05/29/21 0021 | -- | 262-687-6356 | |
| Westland, Julia A, RN | Registered Nurse | 05/29/21 0031 | -- | 262-687-6003 | |

## ED Diagnoses

| Diagnosis | Description | Comment |
|---|---|---|
| Final diagnoses | | |
| Suicidal ideation [R45.851] | Suicidal ideation | |
| Smoke inhalation [T59.811A] | Smoke inhalation | |

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| Discharge | Stable | |

## Results

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| Metabolic Panel, Comprehensive (CMP) [1143552123] (Abnormal) | | | | Collected: 05/29/21 0058 |
| Order Status: Completed | Specimen: Blood | | | Updated: 05/29/21 0136 |
| | Sodium | 141 | 136 - 145 mmol/L | |
| | Potassium | 3.7 | 3.5 - 5.1 mmol/L | |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| | **Chloride** | 104 | 100 - 110 mmol/L | |
| | **Total CO2** | 23.0 | 22 - 29 mmol/L | |
| | **Calcium** | 9.9 | 8.4 - 10.4 mg/dL | |
| | **BUN** | 7 | 7 - 26 mg/dL | |
| | **Creatinine** | 1.30 | 0.60 - 1.30 mg/dL | |
| | **Glucose** | 88 | 74 - 99 mg/dL | |
| | **Total Protein** | 7.3 | 6.2 - 8.3 g/dL | |
| | **Albumin** | 4.3 | 3.5 - 5.2 g/dL | |
| | **Bilirubin, Total** | 0.7 | 0.2 - 1.2 mg/dL | |
| | **AST (SGOT)** | 46 ⌃ | 5 - 40 U/L | |
| | **Alkaline Phosphatase** | 59 | 40 - 121 U/L | |
| | **ALT (SGPT)** | 27 | 0 - 55 U/L | |
| | **Anion Gap** | 18 | 5 - 20 mmol/L | |
| | **Albumin/Globuli n Ratio** | 1.4 | 1.0 - 2.2 Ratio | |
| | **BUN/Creatinine Ratio** | 5 ⌄ | 10 - 20 Ratio | |
| | **GFR African American** | >60 | mL/min/1.73sqm | |
| | **GFR Non-African American** | >60 | mL/min/1.73sqm | |

Comment: An Estimated GFR result less than or equal to 60 mL/min/1.73 sqm
is indicative of renal disease.

*GFRAA = GFR if African American; GFRnonAA = GFR if non-African American

The Estimated GFR is derived from serum creatinine, age, gender,
average body surface area and race (African American or non-African
American) using the IDMS-traceable MDRD study equation
(for creatinine methods calibrated to an IDMS reference method)
as recommended by NKDEP (National Kidney Disease Education Program).

The above 19 analytes were performed by Ascension WI Laboratories - All Saints
3801 Spring Street,RACINE,WI 53405

---

**Alcohol [1143552125]**                                                  Collected: 05/29/21 0058
Order Status: Completed          Specimen: Blood           Updated: 05/29/21 0136

| | Component | Value | Ref Range | |
|---|---|---|---|---|
| | **Alcohol** | <0.010 | 0.000 - 0.010 g/dL | |

Comment: The above 1 analytes were performed by Ascension WI Laboratories - All Saints
3801 Spring Street,RACINE,WI 53405

---

**Acetaminophen Level [1143552127]**                                      Collected: 05/29/21 0058
Order Status: Completed          Specimen: Blood           Updated: 05/29/21 0135

| | Component | Value | Ref Range | |
|---|---|---|---|---|
| | **Acetaminophen (Tylenol)** | <3.0 | 0.0 - 30.0 ug/mL | |

Comment: The above 1 analytes were performed by Ascension WI Laboratories - All Saints
3801 Spring Street,RACINE,WI 53405

---

**Salicylate Level [1143552128]  (Abnormal)**                             Collected: 05/29/21 0058
Order Status: Completed          Specimen: Blood           Updated: 05/29/21 0135

| | Component | Value | Ref Range | |
|---|---|---|---|---|
| | **Salicylate** | <5.0 ⌄ | 5.0 - 30.0 mg/dL | |

Comment: Salicylate Therapeutic Range:
Analgesic <10 mg/dL and Anti Inflammatory 15-20  mg/dL.
Salicylate concentrations >30 mg/dL are considered TOXIC
and concentrations >50 mg/dL at 24 hours post-ingestion
are SEVERELY TOXIC.

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|

Patients treated with Sulfasalazine may generate a false high result.
Patients treated with Sulfapyridine may generate a false low result.

The above 1 analytes were performed by Ascension WI Laboratories - All Saints 3801 Spring Street,RACINE,WI 53405

**Hemogram w/Differential [1143552124]  (Abnormal)**  Collected: 05/29/21 0058
Order Status: Completed    Specimen: Blood    Updated: 05/29/21 0117

| Component | Value | Ref Range |
|---|---|---|
| WBC | 11.9 ^ | 4.0 - 10.0 Thou/uL |
| RBC | 5.12 | 4.50 - 5.70 Mill/uL |
| Hgb | 14.1 | 13.0 - 16.8 g/dL |
| Hct | 41.8 ⌄ | 42.0 - 52.0 % |
| MCV | 81.6 | 80.0 - 101.0 fL |
| MCH | 27.5 | 27.0 - 32.0 pg |
| MCHC | 33.7 | 30 - 35 g/dL |
| RDW | 13.5 | 11.5 - 15.0 % |
| Platelets | 327 | 150 - 400 Thou/uL |
| MPV | 10.2 | 9.0 - 12.5 fL |
| Segs | 73.2 | 42.0 - 75.0 % |
| Lymphocytes | 15.4 | 15.0 - 45.0 % |
| Monocytes | 10.0 | 4.0 - 11.0 % |
| Eosinophils | 0.3 | 0.0 - 6.0 % |
| Basophils | 0.3 | 0.0 - 2.0 % |
| Immature Granulocytes | 0.8 | 0.0 - 1.0 % |
| Neutrophils Absolute | 8.7 ^ | 1 - 7 Thou/uL |
| Lymphocytes Absolute | 1.8 | 1 - 4 Thou/uL |
| Monocytes Absolute | 1.2 ^ | 0 - 1 Thou/uL |
| Eosinophils, Absolute | 0.0 | 0 - 0 Thou/uL |
| Basophils Absolute | 0.0 | 0 - 0 Thou/uL |
| Absolute Immature Granulocytes | 0.09 | 0.00 - 0.09 Thou/uL |

Comment:  Immature granulocyte (promyelocytes, myelocytes, metamyelocytes) > 1.0% indicates the presence of immature white blood cells. Band forms are not included in the immature granulocyte count but are included in the automated neutrophil count.

Morphology   See Note
Comment:  Automated differential - smear not reviewed

The above 23 analytes were performed by Ascension WI Laboratories - All Saints 3801 Spring Street,RACINE,WI 53405

**Carbon Monoxide (CO) [1143552122]  (Abnormal)**  Collected: 05/29/21 0058
Order Status: Completed    Specimen: Whole Blood    Updated: 05/29/21 0116

| Component | Value | Ref Range |
|---|---|---|
| Carbon Monoxide, Blood | 6.4 ^ | 0.5 - 2.0 % |

Comment:  Carbon Monoxide Smoker Related Reference Range:
Smoker  2.0 - 8.0%

## Results (continued)

| Procedure | Component | Value | Ref Range | Date/Time |
|-----------|-----------|-------|-----------|-----------|
| | | Non-Smoker | 0.5 - 2.0% | |

The above 1 analytes were performed by Ascension WI Laboratories - All Saints 3801 Spring Street,RACINE,WI 53405

### Drug Screen Urine Stat [1143552126]
Order Status: No result

## Imaging Results
None

## ECG Results
None

## Medication Administration from 05/29/2021 0020 to 05/29/2021 0209
None

## Home Medications

| | Taking? | Last Dose |
|---|---------|-----------|

🏠 **hydrOXYzine (ATARAX) 50 MG tablet**
Take 1 tablet (50 mg total) by mouth nightly as needed for Anxiety.

🏠 **sertraline (ZOLOFT) 50 MG tablet**
Take 1 tablet (50 mg total) by mouth daily.

## Discharge Orders (From admission, onward)
None

## Allergies (Fully Reviewed on: 05/29/21)
**No Known Allergies**

## Tetanus Up To Date
None

## Medical History
No past medical history documented.

## Surgical History
None

## Social History

Tobacco History

| Smoking Status | Smoking Frequency | Smoking Tobacco Type |
|----------------|-------------------|----------------------|
| **Current Some Day Smoker** | **For 2 years** | **Cigarettes** |
| **Smokeless Tobacco Use Never Used** | | |

Alcohol History

| Alcohol Use Status | Drinks/Week | Amount |
|--------------------|-------------|--------|
| **Yes** | **0 Standard drinks or equivalent per week** | **0.0 standard drinks of alcohol/wk** |

Drug Use

| Drug Use Status |
|-----------------|
| **No** |

Sexual Activity

| Sexually Active |
|-----------------|
| **Not Asked** |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

Activities of Daily Living

**Not Asked**

**Social Documentation**

No social documentation on file.

## Family History

**Family as of 5/29/2021**

None

**Family Status as of 5/29/2021**

None

**Follow-up Information**

None

This patient was evaluated in the emergency department. There is no evidence of an acute medical emergency at this time that requires further emergent treatment. This patient may still have medical problems that need follow-up evaluation and treatment. He is cleared for incarceration at this time. Should his condition change or have new complaints patient should be evaluated by a physician.

**Signed Nursing Notes**

**ED Notes by Westland, Julia A, RN at 5/29/2021  2:04 AM**                    Version 1 of 1

Patient not providing urine sample for staff.  Jeannette Wade, NP, notified.[JW.1]

Westland, Julia A, RN
05/29/21 0205
[JW.2]

Attribution Key

JW.1 - Westland, Julia A, RN on 5/29/2021  2:04 AM
JW.2 - Westland, Julia A, RN on 5/29/2021  2:05 AM

**ED Notes by Adams, Stacey, APSW at 5/29/2021  1:33 AM**                    Version 1 of 1

Per officer Bodner #2807, pt is going to jail. Crisis mobile will be cancelled and pt will be assessed prior to release from jail.[SA.1]

Attribution Key

SA.1 - Adams, Stacey, APSW on 5/29/2021  1:33 AM

**ED Notes by Adams, Stacey, APSW at 5/29/2021 12:38 AM**                    Version 1 of 1

Pt arrived to the emergency department with Racine Police Department officer Bodnar #2807. Officer Bodnar reported pt called 911, stating, "i'm suicidal. I do not know what to do." officer Bodnar reported he called and asked pt to step out of the apartment at which time pt stated, "I do not want to die." Officer Bodnar reported when they went to the apartment door, smoke started coming out when the door was opened. Pt had a pile of magazines on the stove burning. Racine County crisis mobile response called by PD.[SA.1]

Attribution Key

SA.1 - Adams, Stacey, APSW on 5/29/2021 12:38 AM

**ED Triage Notes by Westland, Julia A, RN at 5/29/2021 12:24 AM**                    Version 1 of 1

Patient presents to the ED via EMS, Med 1, with c/o smoke inhalation.  Per EMS, patient called 911 stating he was suicidal, he started a fire in his home, and he didn't know what to do.  Patient told PD, "he didn't want to die".  EMS states upon arrival there was heavy smoke in the patient's home.  Patient is able to handle secretions, does not complain of any difficulty swallowing or any pain swallowing, and is able to speak in full sentences.  Patient stating to writer that "he is not suicidal" and "he was not trying to harm himself".  Patient states "he is afraid of everyone".  Patient avoiding answering writer about why he was setting magazines on fire.[JW.1]

Attribution Key

JW.1 - Westland, Julia A, RN on 5/29/2021 12:44 AM

None

## ED Nursing Assessments-WDL Definitions See Bottom of Report

## ED Nursing Procedures, Equipment, and Other Documentation

ED Required Assessment

| | |
|---|---|
| Row Name | 05/29/21 0030 |

Neurological

| | |
|---|---|
| Neuro (WDL) | WDL |
| Row Name | 05/29/21 0030 |

Respiratory

| | |
|---|---|
| Respiratory (WDL) | WDL |
| O2 Device | None (Room air) |
| Row Name | 05/29/21 0030 |

Cough

| | |
|---|---|
| Cough Present | No |
| Row Name | 05/29/21 0030 |

Cardiac

| | |
|---|---|
| Cardiac (WDL) | X |
| Blood Pressure | Above parameters |
| Row Name | 05/29/21 0030 |

Pain Assessment

| | |
|---|---|
| Pain Assessment | No/denies pain |
| Row Name | 05/29/21 0030 |

Integumentary

| | |
|---|---|
| Integumentary (WDL) | WDL |

Psychosocial

| | |
|---|---|
| Row Name | 05/29/21 0030 |

Psychosocial

| | |
|---|---|
| Psychosocial (WDL) | X |
| Mood | Fearful |
| Affect | Inconsistent with mood |
| Patient Behaviors/Mood | Flat affect |
| Row Name | 05/29/21 0030 |

General Appearance

| | |
|---|---|
| Speech Pattern | Slow |
| General Attitude | Uninterested |

Screenings

| | |
|---|---|
| Row Name | 05/29/21 0024 |

Advance Directives (For Healthcare)

| | |
|---|---|
| Do you have an Advance Directive? | No |
| Would you like more information on Advanced Directives? | No, patient/family declines information on Advanced Directives |

## Screenings

| Row Name | 05/29/21 0024 |
| --- | --- |
| **Advance Directives (For Healthcare)** | |
| Do you have an Advance Directive? | No |
| Would you like more information on Advanced Directives? | No, patient/family declines information on Advanced Directives |

## Fall Risk Assessment

| Row Name | 05/29/21 0024 |
| --- | --- |
| **Morse Fall Risk** | |
| History of Falling | 1 |
| Secondary Diagnosis | 0 |
| Ambulatory Aids | 0 |
| Intravenous Therapy/Heparin/Saline Lock | 0 |
| Gait/Transferring | 0 |
| Mental Status | 0 |
| Score | 1 |
| Row Name | 05/29/21 0024 |
| **Safe Environment** | |
| Arm Bands On | ID |
| Call Light Within Reach | Yes |
| Overbed Table Within Reach | Yes |
| Bed In Lowest Position | Yes |
| Bed Wheels Locked | Yes |
| Side Rails/Bed Safety | 2/2 |
| NonSkid Footwear | Patient in bed |

## Screenings

| Row Name | 05/29/21 0024 |
| --- | --- |
| **Advance Directives (For Healthcare)** | |
| Do you have an Advance Directive? | No |
| Would you like more information on Advanced Directives? | No, patient/family declines information on Advanced Directives |

## Psychosocial

| Row Name | 05/29/21 0030 |
| --- | --- |
| **Psychosocial** | |
| Psychosocial (WDL) | X |
| Mood | Fearful |
| Affect | Inconsistent with mood |
| Patient Behaviors/Mood | Flat affect |
| Row Name | 05/29/21 0030 |
| **General Appearance** | |
| Speech Pattern | Slow |
| General Attitude | Uninterested |

## Physical Diagram

No physical diagram documentation exists for this encounter

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

**BIOPSYCHOSOCIAL (last 72 hours)**

| Biopsychosocial | |
|---|---|
| Row Name | 05/29/21 0024 |
| **Signature & Additional Credentials** | |
| Signature | — |
| Credentials | — |
| **Intake Information** | |
| Interview location | — |
| Informant(s) | — |
| Presenting problem | — |
| Referral source | — |
| **Affect/Mood** | |
| Affect | — |
| Depression Rating (1-10) | — |
| Anxiety Rating (1-10) | — |
| Irritability Rating (1-10) | — |
| Mood | — |
| Affect/Mood Display | — |
| **Thought Process/Content** | |
| Thought Process | — |
| Delusions | — |
| Hallucinations | — |
| Ambivalence | — |
| **Attitude / Behavior** | |
| Eye Contact | — |
| Attitude / Behavior | — |
| **Language and Speech** | |
| Speech Content | — |
| **Pain** | |
| Are you currently experiencing any acute pain? | — |
| Are you experiencing chronic pain? | — |
| **Sleep** | |
| Has your sleep changed? | — |
| Sleep Pattern | — |
| Average Number of Sleep Hours | — |
| Use of Sleep | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21 2:09 AM

| Aids | |
|---|---|
| Restful Sleep | — |
| Difficulty Falling Asleep | — |
| Difficulty Staying Asleep | — |
| Difficulty Arising | — |
| Average Number of Sleep Hours | — |

**Appetite & Nutrition**

| | |
|---|---|
| Height | 1.88 m (6' 2")  -JW |
| Weight | **176.9 kg (390 lb)** ❗ -JW |
| Any recent changes in your appetite? | — |
| 10lb (or more) weight loss/gain over past 3 months | — |
| Does your weight affect the way you feel about yourself? | — |
| Do you have any concerns about your eating? | — |
| Do you have any current or past eating disorders? | — |
| Do you have any dental concerns? | — |
| Referral: | — |

**Physiological Symptoms**

| | |
|---|---|
| Physical Symptoms | — |
| Negative Symptoms | — |
| Abnormal Motor Symptoms | — |
| Allergy/Medical Concerns/Issues | — |

**Social History**

| | |
|---|---|
| Name of primary learner | — |
| Primary learner relationship to | — |

| | |
|---|---|
| the patient | |
| Barriers to learning | — |
| Primary language of the learner | — |
| Is an interpreter required | — |
| Preference to learning | |
| Currently in School | — |
| Highest level of education completed | — |
| Intellectual function | |
| Employment/Disability | — |
| Military/Veteran Status | — |
| Support System | |
| Evaluation of support system | — |
| Religion | — |
| How important is your religion? | — |
| Beliefs/Values/Cultural/Spiritual Practices that Impact Care? | — |
| Strengths | — |
| Leisure interests | — |
| Sexual Orientation | — |
| Sexual Identification | |
| Current living situation | |
| Who lives with you | — |
| Evaluation of current living situation | — |
| Marital status | — |
| Do you have children? | — |
| Highest level of education completed? | — |

Manic Assessment (Optional Section)

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | |
|---|---|
| Manic Indications | — |

## ADHD Assessment (Optional Section)

| | |
|---|---|
| ADHD Indications | — |

## Mood/Anxiety Assessment (Optional Section)

| | |
|---|---|
| Mood/Anxiety Indications | — |

## Hopelessness

| | |
|---|---|
| Hopelessness Affects Goals | — |
| Hopelessness About Future | — |

## Suicide Screen C-SSRS

| | |
|---|---|
| 1. In the past month have you wished you were dead or wished you could go to sleep and not wake up? | No -JW |
| 2. In the past month have you actually had any thoughts of killing yourself? | No -JW |
| 3. Have you been thinking about how you might kill yourself? | — |
| 4. Have you had these thoughts and had some intention of acting on them? | — |
| 5. Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? | — |
| 6. In your lifetime, have you ever done anything, started to do anything or prepared to do | No 📄 per patient - JW |

| | |
|---|---|
| anything to end your life? | |
| How long ago did you do any of these? | — |
| C-SSRS Suicide Risk Score | - -JW |
| How long ago did you do any of these? | — |

**Suicide Assessment C-SSRS (MUST be completed if any of the screening questions were answered YES)**

| | |
|---|---|
| Suicidal and self-injurious behavior in the past 3 months | — |
| Suicidal and self-injurious behavior in your lifetime | — |
| Most severe suicidal thought in the past month | — |
| What are the recent losses, stressors or changes? | — |
| Pending incarceration or homelessness | — |
| Current or pending isolation or feeling alone | — |
| Treatment History | — |
| Recent clinical status | — |
| Other risk factors | — |
| Protective factors | — |
| Describe any suicidal, self-injurious or aggressive behavior (include dates) | — |
| SUICIDE PREVENTION INTERVENTIONS | — |

**Caffeine & Tobacco Use**

| | |
|---|---|
| Caffeine Use | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| | |
|---|---|
| Tobacco Use | — |

**Audit-C Alcohol Screening**

| | |
|---|---|
| How often do you have a drink containing alcohol? | — |
| How many standard drinks containing alcohol do you have on a typical day? | — |
| How often do you have six or more drinks on one occasion? | — |
| Has your alcohol use ever caused any problems? (legal, health, family, social, occupational) | — |

**Alcohol Use History**

| | |
|---|---|
| Alcohol last used? | — |

**Marijuana Use History**

| | |
|---|---|
| Marijuana last used? | — |
| Marijuana last used? | — |
| Route (Marijuana) | — |
| Patient experienced any of the following (Marijuana): | — |
| Withdrawal Symptoms (Marijuana) | — |
| Patient perceptions of Marijuana problem? | — |
| Using Marijuana to manage: | — |

**Methadone Use History**

| | |
|---|---|
| Methadone last used? | — |
| Methadone last used? | — |
| Route (Methadone) | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | |
|---|---|
| Patient experienced any of the following (Methadone): | — |
| Withdrawal Symptoms (Methadone) | — |
| Patient perceptions of Methadone problem? | — |
| Using Methadone to manage: | — |

**Methamphetamine Use History**

| | |
|---|---|
| Methamphetamine last used? | — |
| Methamphetamine last used? | — |
| Route (Methamphetamine) | — |
| Patient experienced any of the following (Methamphetamine): | — |
| Withdrawal Symptoms (Methamphetamine) | — |
| Patient perceptions of Methamphetamine problem? | — |
| Using Methamphetamine to manage: | — |

**Hx Family/Childhood**

| | |
|---|---|
| Parents | — |
| If under 18, Custody? | — |
| Siblings | — |
| Birth order | — |
| Adopted | — |
| Foster care | — |
| Patient's development in utero | — |
| Newborn problems | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| | |
|---|---|
| Delays in development | — |
| Any family history of mental health problems? | — |
| Family history of substance use/abuse? | — |

**School Ped/Adol**

| | |
|---|---|
| School attending and current grade? | — |
| What subjects do you like best? | — |
| What subjects give you the most trouble? | — |
| How do you get along with your classmates? | — |
| How do you get along with your teachers? | — |
| How often do you attend school? | — |
| What kind of grades did you earn last semester? | — |
| What kind of grades are you currently earning? | — |
| What services are you receiving in shcool? | — |
| Are you currently having any problems in school? | — |

**Legal Concerns**

| | |
|---|---|
| ADMISSION TYPE | — |
| Are you court ordered for treatment? | — |
| Legal Concerns | — |
| Active/open cases or | — |

charges?

| Probation/Parole Officer Name (if applicable) | — |
| Probation/Parole Officer ROI Signed | — |
| Legal Guardian/Parent/POA | — |
| Child Protective Services Contact | — |
| Sex offender? | — |
| POLICE HOLD | — |
| Who to contact BEFORE discharge? | — |

Coping/Communication

| Needs Expressed | — |
| Recent losses, stressors or changes | — |
| Ability to Express Feelings | — |
| Ability to Express Needs | — |
| Ability to Express Thoughts | — |
| Ability to Understand Others | — |
| Psychosocial Additional Assessments | — |
| Restraint Risk Factors | — |

Trauma / Abuse History

| Have you ever been abused? | — |
| Neglect, explain: | — |
| Verbal Abuse, explain: | — |
| Emotional Abuse, explain: | — |
| Physical Abuse, explain: | — |
| Sexual Abuse, explain: | — |
| Sexual | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| | |
|---|---|
| Assault, explain: | |
| Have you ever WITNESSED anyone else being abused? | — |
| If YES, please explain | — |
| Have you experienced or witnessed any other traumatic event(s)? | |
| If YES, please explain | — |
| Have you experienced any of the following as a result of trauma/abuse? | |
| Have you ever been exploited or taken advantage of financially or in any other way? | — |
| Have you experienced or witnessed any other traumatic events? | — |
| If YES, please explain | — |

**Abuse/Neglect**

| | |
|---|---|
| Have you ever been shoved, hit, controlled, exploited or taken advantage of physically or financially, or made to feel afraid in the past year? | Denies  -JW |
| Do you feel neglected in your own home? | Denies  -JW |
| Verbal Abuse | Denies  -JW |
| Physical Abuse | — |

**Violence**

| | |
|---|---|
| Self Mutilation/Injury | — |
| If YES, please | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

**BIOPSYCHOSOCIAL (last 72 hours) (continued)**

| | |
|---|---|
| explain | |
| Homicidal Ideation | — |
| Current Plans to Harm Another | — |
| Previous Plans to Harm Another | — |
| Access to weapons or ways to harm (means) | |
| Specific victim identified | — |
| Assaultive or Violent behaviors/epis odes | — |

BROSET Violence Checklist (Not required for Outpatient Behavioral Health)

| | |
|---|---|
| Confused | — |
| Irritable | — |
| Boisterous | — |
| Physically threatening | — |
| Verbally threatening | — |
| Attacking objects | — |
| Broset Violence Score | — |

Audit Alcohol Screening (Audit-C + 7 questions below)

| | |
|---|---|
| How often during the last year have you found that you were not able to stop drinking once you had started? | — |
| How often during the last year have you failed to do what was normally expected from you because of drinking? | — |
| How often during the last year have you been unable to remember what happened the night | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| before because you had been drinking? | |
|---|---|
| How often during the last year have you needed an alcoholic drink first thing in the morning to get yourself going after a night of heavy drinking? | — |
| How often during the last year have you had a feeling of guilt or remorse after drinking? | — |
| Have you or someone elses been injured as a result of your drinking? | — |
| Has a relative, friend, doctor, or another health professional expressed concern about your drinking or suggested you cut down? | — |
| Audit Score (Audit-C + Audit Scores) | — |

### COWS - Clinical Opiate Withdrawal Scale (COWS)

| | |
|---|---|
| Resting Pulse Rate: | — |
| Pupil Size: | — |
| GI Upset: | — |
| Anxiety or Irritability: | — |
| Sweating: | — |
| Bone or Joint Aches: | — |
| Tremor: | — |
| Gooseflesh Skin: | — |
| Restlessness: | — |
| Runny Nose or Tearing: | — |
| Yawning: | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| | |
|---|---|
| Score | — |

**DAST 10**

| | |
|---|---|
| Have you used drugs other than those required for medical reasons? | — |
| Do you abuse more than one drug at a time? | — |
| Are you always able to stop using drugs when you want to? | — |
| Have you had "blackouts" or "flashbacks" as a result of drug use? | — |
| Do you ever feel bad or guilty about your drug use? | — |
| Does your spouse (or parents) ever complain about your involvement with drugs? | — |
| Have you ever neglected your family because of your use of drugs? | — |
| Have you engaged in illegal activities in order to obtain drugs? | — |
| Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs? | — |
| Have you had medical problems as a result of your drug use (e.g. memory loss, hepatitis, convulsions, | — |

| | |
|---|---|
| bleeding, etc.)? | |
| DAST 10 Score | — |
| DAST 20 | |
| Have you abused prescription drugs? | — |
| Can you get through the week without using drugs? | — |
| Has drug abuse ever created problems between you and your spouse or your parents? | — |
| Have you ever lost friends because of your use of drugs? | — |
| Have you ever been in trouble at work (or school) because of drug abuse? | — |
| Have you ever lost your job because of drug abuse? | — |
| Have you gotten into fights when under the influence of drugs? | — |
| Have you ever been arrested for possession of illegal drugs? | — |
| Have you gone to anyone for help for a drug problem? | — |
| Have you been involved in a treatment program specifically related to drug use? | — |

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| | |
|---|---|
| DAST 20 Score | — |

**DAST 20 - Adolescent**

| | |
|---|---|
| Do your parents ever complain about your involvement in drugs? | — |
| Has drug abuse created problems between you and your parents? | — |
| Have you been in trouble at school because of drug abuse? | — |
| Have you missed school assigments because of drug abuse? | — |
| DAST 20 Score | — |

**Adult ASAM Criteria Dimensions**

| | |
|---|---|
| Dimension 1: Acute Intoxication and/or Withdrawal Potential | — |
| Dimension 2: Biomedical Conditions and Complications | — |
| Dimension 3: Emotional/Behavioral/Cognitive Conditions & Complications | — |
| Dimension 4: Readiness to Change | — |
| Dimension 5: Relapse/Continued Use/Continued Problem Potential | — |
| Dimension 6: Recovery Environment | — |

**Adolescent ASAM Criteria Dimensions**

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

| | |
|---|---|
| Dimension 1: Acute Intoxicaton and/or Withdrawal Potential | — |
| Dimension 2: Biomedical Conditions and Complications | — |
| Dimension 3(0.5): Emotional/Beh avioral/Cog Conditions & Complications | — |
| Dimension 3(1): Emotional/Beh avioral/Cog Conditions & Complications | — |
| ALL of the following: | — |
| Dimension 3(2.1): Emotional/Beh avioral/Cog Conditions & Complications | — |
| One or more of the following: | — |
| Dimension 3(2.5): Emotional/Beh avioral/Cog Conditions & Complications | — |
| One or more of the following: | — |
| Dimension 3(3.1): Emotional/Beh avioral/Cog Conditions & Complications | — |
| One or more of the following: | — |
| Dimension 3(3.5): Emotional/Beh avioral/Cog Conditions & Complications | — |

| One or more of the following: | — |
| Dimension 3(3.7): Emotional/Behavioral/Cog Conditions & Complications | — |
| One or more of the following: | — |
| Dimension 3(4): Emotional/Behavioral/Cog Conditions & Complications | — |
| One or more of the following: | — |
| Dimension 4: Readiness to Change | — |
| Dimension 5: Relapse/Cont Use/Cont Problem Potential | — |
| Dimension 6: Recovery/Living Environment | — |

**RECOMMENDATIONS**

| Adult ASAM Level of Care Recommendation: | — |
| Adolescent ASAM Level of Care Recommendation: | — |
| Clinical Rationale: | — |
| Potential obstacles to treatment | — |

User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| JW | Westland, Julia A, RN | 02/05/21 - |

## Flowsheet Row Details

### Neuro (WDL)

Effective: 09/04/15

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

**Neuro (WDL) (continued)**

Effective: 09/04/15
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:

Within Defined Limits (WDL) = The patient does not exhibit any alterations in cognitive/neuro function.

Basic WDL for Adult/Child (>2 years old)
- Awake, Alert
- Responds/arouses easily to verbal or tactile stimuli
- Oriented to person, place, and time
- Face symmetrical
- Gross motor movement coordinated and equal
- No seizures, tremors, or posturing
- Speech clear and appropriate for age
- Absence of implantable device

WDL for Pediatric (0-2 years old)
- Awake, Alert
- Responds/arouses easily to verbal or tactile stimuli
- Loud, lusty cry
- Facial symmetry
- Moves all extremities equally
- Behavior/affect appropriate to situation, developmental stage, age and parent's observation
- Age appropriate muscle tone
- Normal facies
- Anterior fontanelle soft and flat
- Neck supple (non-trauma)
- Absence of implantable device

## Flowsheet Row Details

### Blood Pressure

Effective: 03/02/15
Above parameters
Below parameters

### Cardiac (WDL)

Effective: 02/29/16
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:

Within Defined Limits (WDL) = Patient will have heart rate and blood pressure within age specific parameters. Heart rhythm will be regular.

Blood Pressure (Systolic/ Diastolic)
60-105 / 30-66 (less than 1 year)
85-104 / 37-58 (1-3 years of age)
65-117 / 39-78 (4-5 years of age)
96-113 / 57-76 (6-12 years of age)
110-131 / 64-83 (13-18 years of age)
90-120 / 60-80 (adult)

Heart Rate/Pulse (BPM)
100-180 (newborn to 30 days)
85-200 (31 days to 3 months)
80-190 (3 months to 2 years)

**Cardiac (WDL) (continued)**

> Effective: 02/29/16

> 60-140 (2 years to 10 years)
> 60-100 (greater than 10 years)
> *Pulse rate can be irregular up to 5 years*

## Flowsheet Row Details

### Cough Present

> Effective: 01/12/07
> Yes
> No

### O2 Device

> Effective: 11/11/16
> None (Room air)
> Nasal cannula
> Simple mask
> Aerosol mask
> High flow nasal cannula
> Bi-PAP
> Blow-by
> CPAP
> Ventilator
> Face tent
> HW Trach (heated wire trach)
> HWNC (heated wire nasal cannula)
> Non-rebreather mask
> Non-invasive ventilation
> Partial rebreather mask
> T-Piece
> Trach mask
> Transtracheal catheter
> Venturi mask
> OxyMask
> LMA
> Other advanced airway (Comment)

### Respiratory (WDL)

> Effective: 09/07/06
> WDL = Within Defined Limits
> X = Exceptions to WDL
> Row Information:

Within Defined Limits (WDL) = Patient will have a repiratory rate and pattern appropriate for age specific norms without use of supplemental oxygen or artificial airways. Breath sounds will be clear and equal bilaterally with no involuntary cough, or sputum.

Normal Findings (Objective)
Rate:
- 10-20 breaths/min (adult)
- 12-16 breaths/min (13-18 years of age)
- 18-30 breaths/min (6-12 years of age)
- 22-34 breaths/min (4-5 years of age)
- 24-40 breaths/min (1-3 years of age)
- 30-60 breaths/min (less than 1 year)
Pattern:
- Regular, effortless, symmetrical and without apparent distress or use of accessory muscles. Observe during wake or sleep. Normal respirations are relaxed, regular,

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM

**Respiratory (WDL) (continued)**

Effective: 09/07/06

automatic, and silent.
- Breath sounds are clear and equal bilaterally
- No involuntary cough or sputum production (objective or subjective)
- Nail beds/lips pink without cyanosis or pallor

-

## Flowsheet Row Details

### Integumentary (WDL)

Effective: 02/07/16
WDL = Within Defined Limits
X = Exceptions to WDL
Row Information:

Within Defined Limits (WDL) = - Patient exhibits no alterations involving the integumentary or subcutaneous structures.

Normal findings:
- Skin warm dry and intact, without generalized or localized discoloration; color normal for person
- Absence of ostomy/tubes/drains

James, Malcolm Isaiah (MRN E529603) Printed by Westland, Julia A, RN [12027] at 5/29/21  2:09 AM



# Medical Provider Visit

Patient Name: __Malcolm Jamus__ DOB: __5/31/21__ ID: __108534__

Reason for Visit: __Head Inj__ _____Out/Court Date: _____

T:_____ P:_____ R:_____ BP:_____ O₂ Sat:_____ on ☐ RA or _____L  HT:_____WT:_____

Medications: ☐ No ☐ Yes – MAR Attached

Allergies: _____

Subjective/History:

Objective/Exam:

Assessment/Diagnosis:

Treatment Plan/Follow-up:

Medical Provider Print/Sign: _____ Date:_____ Time _____

Nurse Print/Sign for Follow-Through: _____ Date:_____ Time _____

Medical Provider Visit.Doc          Version 1          Copyright © 2020 MEnD Correctional Care, PLLC



# Medical Provider Medication/Chart Review

Patient Name: James, Malcolm     DOB: 5·31·21     ID: 108534

Allergies: _____     Out/Court Date: _____

Patient present during this review? ☑ No ☐ Yes     Medications: ☑ None ☐ Yes - MAR attached

Items to be reviewed:
1. Please see narrative notes attached.
2. _____
3. _____
4. _____

Summary of review (History, review of records/findings):

Received and reviewed attached narrative as well as the medical record.

_____
_____
_____
_____
_____

Diagnosis/Medical Issue: _____

Plan of care: _____

_____
_____
_____
_____
_____

Medical Provider Print/Signature: _____ Date: _____ Time: _____

Plan of Care Followed Through
Nurse Print/Signature: _____ Date: _____ Time: _____

Medical Provider Medication Chart Record Review     Version 1     Copyright © 2021 MEnD Correctional Care, PLLC

2EW D3



# Flow Sheet – Blood Pressure

**MEND** CORRECTIONAL CARE

Patient Name: James, Malcom     DOB: 10·29·1993 ID: 108534

Current medication related to blood pressure upon initiation of flow sheet: _____

States has high blood pressure on medical screening but takes no meds.

| Date & Time | Blood Pressure | BP Recheck (if first abnormal) | Pulse | Treatment Changes | Next Check | Staff Initials |
|---|---|---|---|---|---|---|
| 10·2·20 | | | | RELEASED 10/02/20 | | CN |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Flow Sheet Blood Pressure.Doc     Version 1     Copyright © 2020 MEnD Correctional Care, PLLC



# Initial Mental Health Appraisal/Evaluation

**MEND** CORRECTIONAL CARE

Name: James, Malcolm  DOB: 10-29-93  ID: 108534  Gender: ☒M ☐F

Appraisal Date: 10-2-20  Inmate Status: Minimum  Allergies: See file  Out/Court Date: _____

Reason for Appraisal: ☐ Inmate Request ☐ Crisis Intervention ☐ Flagged at Mental Health Screen ☐MH Code VRG/OTH

Appraisal Procedure: ☒ Interview ☐ Chart Review ☐ Collateral Record Review ☐ Staff Consult
☐ BDI Score _____ ☐ Dep/MH Sx Tracking ☐ PHQ9 ☐ GAD7 ☐ Cage

Psychiatric Medications: ☐ MAR Attached ☒ None

Inmate Presenting Concern or Complaint: I was diagnosed with anxiety at Ascension walk-in 2 days ago and he recommending me to take medication but I don't know if I should take it. I didn't have time to fill the script. I don't like taking pills and I never go to the doctor but my mom told me I should.

**Mental Health History**

|  | When last prescribed? _____ Where? ☐ Community ☐ County Jail ☐ Prison |
|---|---|
| ☐ Yes ☒ No | Past psychiatric medications? If so, what and what for? _____ |
|  | _____ |
|  | When stopped and why? _____ |
| ☐ Yes ☒ No | Hospitalized or treated for mental health problems? If so, when, where, and why? _____ |
|  | _____ |
| ☐ Yes ☒ No | History of suicide attempts? How many times? _____ Methods: _____ |
|  | When was last attempt? _____ Method: _____ |
| ☐ Yes ☒ No | Current thoughts of suicide or self harm? ☐ Yes ☐ No Plan? ☐ Yes ☐ No Intent? |

**Current Functioning**

| ☒ Yes ☐ No | Have you felt depressed? If so, how long? getting worse don't want to get out of bed, feel low, down for years, panic mode, sad all the time |
|---|---|
| ☒ Yes ☐ No | Appetite changes? If so, describe: overeat, bored I eat |
| ☒ Yes ☐ No | Sleep disruptions? If so, describe: up for 3 days and then crash for 6 hrs, up again |
| ☒ Yes ☐ No | Feeling tense, nervous, or anxious? If so, describe: worry for no reason, feel like something bad will happen |
| ☒ Yes ☐ No | Hallucinations? If so, describe: (A) AH = I think my own voice |

**Violence/Trauma History**

| ☐ Yes ☒ No | Interpersonal problems? ☐ Yes ☒ No With staff or detainees in recent or past incarcerations? If so, describe: I don't really like people |
|---|---|
| ☒ Yes ☐ No | History of aggression towards others? ☒ Physical ☐ Sexual Describe: I got domestic with my brother – it was him, always family use me, play the system |
| ☒ Yes ☐ No | History of vicimization? ☒ Physical ☐ Sexual Describe: See above – brother |

**Education** Single, live own, 0 children, unemployed

Level of education completed: ☐ Primary ☐ Secondary ☒ Post Secondary  Grade completed: some college  Special Education? ☒ Yes ☐ No

**Physical Health**

| ☒ Yes ☐ No | Current medical problems? If so, describe: HTN – sometimes – tired away @ donation |
|---|---|
| ☐ Yes ☒ No | Current medications? If so, list: _____ |
| ☐ Yes ☒ No | Past head injuries? If so, describe: _____ |

**Substance Use History**  ☐ No past use  ☐ No current use  ☐ Currently clean & sober: ☐ < 3 months ☐ > 3 months

| Alcohol | ☐ Never | ☒ Last use: week ago | Nicotine | ☐ Never | ☒ Last use: daily | Other: _____ |
|---|---|---|---|---|---|---|
| Cocaine | ☒ Never | ☐ Last use: _____ | Marijuana | ☐ Never | ☒ Last use: week ago | _____ |
| Meth | ☒ Never | ☐ Last use: _____ | Amphet | ☒ Never | ☐ Last use: _____ | _____ |
| Opiates | ☒ Never | ☐ Last use: _____ | Sedatives | ☒ Never | ☐ Last use: _____ | ☐ Last use: _____ |

CD Treatment History: _____  Longest sobriety: _____



# C-SSRS Initial Screening

Patient Name: _James, Malcolm_ DOB: _10-29-93_ ID #: _108534_

**COLUMBIA-SUICIDE SEVERITY RATING SCALE**
*Screen with Triage Points for Corrections*

| Ask questions that are in bold and underlined. | Past month | |
|---|---|---|
| **Ask Questions 1 and 2** | YES | NO |
| **1)** ***Have you wished you were dead or wished you could go to sleep and not wake up?*** | X | |
| **2)** ***Have you had any actual thoughts of killing yourself?*** | | X |
| **If YES to 2, ask questions 3, 4, 5, and 6.  If NO to 2, go directly to question 6.** | | |
| **3)** ***Have you been thinking about how you might do this?*** <br> e.g. *"I thought about taking an overdose, but I never made a specific plan as to when where or how I would actually do it....and I would never go through with it."* | | |
| **4)** ***Have you had these thoughts and had some intention of acting on them?*** <br> as opposed to *"I have the thoughts, but I definitely will not do anything about them."* | | |
| **5)** ***Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?*** | | |
| **6)** ***Have you ever done anything, started to do anything, or prepared to do anything to end your life?*** <br> Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. <br><br> **If YES, ask:** ***Was this within the past 3 months?*** | **Lifetime** <br><br> X <br> **Past 3 Months** | |

**Response Protocol to C-SSRS Screening**
Item 1 Behavioral Health Referral
Item 2 Behavioral Health Referral
Item 3 Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 4 Immediate Suicide Precautions
Item 5 Immediate Suicide Precautions
Item 6 Over 3 months ago: Same Day Behavioral Health Evaluation, Consider Suicide Precautions
Item 6 3 months ago or less: Immediate Suicide Precautions

**Comments:** _____
_____
_____

Staff Print/Signature: _LCSW MYP_    Date: _10-2-20_ Time: _1045am_

C-Ssrs Initial Screening    Version 1    Copyright © 2020 MEnD Correctional Care, PLLC



# C-SSRS Risk Assessment

(Mental Health Professional and Medical Provider Use Only)

Patient Name: _James, Malcolm_  DOB: _10-29-93_  ID #: _108534_

## COLUMBIA-SUICIDE SEVERITY RATING SCALE (C-SSRS)

Posner, Brent, Lucas, Gould, Stanley, Brown, Fisher, Zelazny, Burke, Oquendo, & Mann

© 2008 The Research Foundation for Mental Hygiene, Inc.

### RISK ASSESSMENT

**Instructions:** Check all risk and protective factors that apply. To be completed following the patient interview, review of medical record(s) and/or consultation with family members and/or other professionals.

| Past 3 Months | Suicidal and Self-Injurious Behavior | Lifetime | | Clinical Status (Recent) |
|---|---|---|---|---|
| ☐ | Actual suicide attempt | ☐ | ☒ | Hopelessness *Sometimes* |
| ☐ | Interrupted attempt | ☐ | ☐ | Major depressive episode |
| ☐ | Aborted or Self-Interrupted attempt | ☐ | ☐ | Mixed affective episode (e.g. Bipolar) |
| ☐ | Other preparatory acts to kill self | ☐ | ☐ | Command hallucinations to hurt self |
| ☐ | Self-injurious behavior *without* suicidal intent | ☐ | ☐ | Highly impulsive behavior |
| **Suicidal Ideation** **Check Most Severe in Past Month** | | | ☒ | Substance abuse or dependence |
| ☒ | Wish to be dead | | ☐ | Agitation or severe anxiety |
| ☐ | Suicidal thoughts | | ☐ | Perceived burden on family or others |
| ☐ | Suicidal thoughts with method (but without specific plan or intent to act) | | ☐ | Chronic physical pain or other acute medical problem (HIV/AIDS, COPD, cancer, etc.) |
| ☐ | Suicidal intent (without specific plan) | | ☐ | Homicidal ideation |
| ☐ | Suicidal intent with specific plan | | ☐ | Aggressive behavior towards others |
| **Activating Events (Recent)** | | | ☐ | Method for suicide available (gun, pills, etc.) |
| ☐ | Recent loss(es) or other significant negative event(s) (legal, financial, relationship, etc.) | | ☐ | Refuses or feels unable to agree to safety plan |
| Describe: _my cousin died - hard to accept 2012_ | | | ☐ | Sexual abuse (lifetime) |
| | | | ☐ | Family history of suicide (lifetime) |
| ☐ | Pending incarceration or homelessness | | **Protective Factors (Recent)** | |
| ☐ | Current or pending isolation or feeling alone | | ☒ | Identifies reasons for living |
| **Treatment History** | | | ☐ | Responsibility to family or others; living with family |
| ☐ | Previous psychiatric diagnoses and treatments | | ☐ | Supportive social network or family |
| ☐ | Hopeless or dissatisfied with treatment | | ☒ | Fear of death or dying due to pain and suffering |
| ☐ | Non-compliant with treatment | | ☐ | Belief that suicide is immoral; high spirituality |
| ☐ | Not receiving treatment | | ☐ | Engaged in work or school |
| **Other Risk Factors** | | | **Other Protective Factors** | |
| ☐ | | | ☐ | |
| ☐ | | | ☐ | |
| ☐ | | | ☐ | |

**Describe any suicidal, self-injurious or aggressive behavior (include dates)**

Staff Print/Signature: _____ LCSW MHP  Date: _10/2/20_  Time: _1045 am_

C-SSRS- Risk Assessment                    Version 1                    Copyright © 2020 MEnD Correctional Care, PLLC



REVIEWED BY MEDICAL
Mendoza 10·1·20
Payroll # / Name        Date

**CMS Medical Screening**

Printed On: 10/01/20 10:58

| | | | |
|---|---|---|---|
| SPN : | **108534** | Name : **James, Malcolm Isaiah** | DOB : **10/29/1993** |
| Booking#: **20-004560** | Completed By : **10512-Underly, Jordan Robert** | | Date & Time : **10/01/2020 10:57** |

## I. RISK AND NEEDS SCREENING

A) Is the inmate unconscious?     ■ YES    ☑ NO

B) Does the inmate have any visible signs of trauma/illness requiring immediate emergency/doctor care? If yes what?    ■ YES    ☑ NO

C) Who is your current medical doctor, and where is he/she located?

    **none**

D) Are you on a special diet prescribed by a doctor? If yes, what is the diet and who ordered it?    ■ YES    ☑ NO

E) Are you allergic to any type of food? If yes, what type of reaction do you get? List seperately for each type of food allergy?    ■ YES    ☑ NO

F) Have you been hospitalized during the past 6 months? If yes, why and where?    ■ YES    ☑ NO

G) Have you had a recent head injury, blackouts or fainting spells?    ■ YES    ☑ NO

H) Are you currently taking any medications? If yes, what meds and what are they for? Who prescribed them?    ☑ YES    ■ NO

h) Explain:

    **Anxiety meds but doesn't take them. Doctor located Ascension**

I) Are you allergic to any medications? If yes, what? What kind of reaction do you get?    ■ YES    ☑ NO

J) What pharmacy in what city do you get your medication from?

    **Walgreens**

K) Do you have high blood pressure? If yes, what medication do you take for it?    ☑ YES    ■ NO

k) Explain:

    **no meds**

L) Do you have diabetes?    ■ YES    ☑ NO

M) Do you have asthma? If yes, what medication do you take for it?    ■ YES    ☑ NO

N) Do you experience seizures? If yes, what medication do you take for them?    ■ YES    ☑ NO

O) Did you bring any medications with you to jail today? If yes, What?    ■ YES    ☑ NO

P) (If Female) Are you currently pregnant, and who is your doctor? How many months pregnant are you?    ■ YES    ☑ NO

Q) Do you have a painful dental condition?    ■ YES    ☑ NO

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 110 of 115    Document 120-9    RCH-M-002639



R) Do you have any physical limitations or restricted mobility that would require immediate accommodation?  ■ **YES**   ☑ **NO**

S) Do you wear eye glasses or contacts?

   ■ **A) Yes, I am wearing contacts now.**

   ■ **B) Yes, I have my prescription eye glasses here.  (Inmates can keep prescription eye glasses on person with supervisor's approval, SCW inmates can NOT have on person - prescription eye glasses for SCW are to be kept at Officer's station -can be used only when supervised)**

   ■ **C) I wear contacts and/or prescription eye glasses, but I do not have them with me.**

   ☑ **D) No.**

T) Do you have dentures? If yes, upper, lower, or both?  ■ **YES**   ☑ **NO**

U) Are you wearing a hearing aid?  ■ **YES**   ☑ **NO**

V) Do you wear and artificial limb? If yes, please explain.  ■ **YES**   ☑ **NO**

W) Do you have a history of, or have had an exposure to tuberculosis? If yes, when?  ■ **YES**   ☑ **NO**

X) Have you ever had a positive TB skin test (A test using a needle in the skin on the underside of the arm which caused a bump after 2 days)? If yes, where and when?  ■ **YES**   ☑ **NO**

Y) Have you ever been told you have tuberculosis? If yes, when and by whom?  ■ **YES**   ☑ **NO**

Z) Do you currently have a cough that has lasted 3 weeks or longer?  ■ **YES**   ☑ **NO**

AA) Do you bring up anything when you cough? Blood, sputum, etc?  ■ **YES**   ☑ **NO**

BB) Do you sweat at night, enough to soak the sheets?  ■ **YES**   ☑ **NO**

CC) Have you experienced fever or chills within the past 24 hrs?  ■ **YES**   ☑ **NO**

DD) Have you lost more than 10 pounds of weight recently without trying?  ■ **YES**   ☑ **NO**

EE) Do you have chest pain?  ■ **YES**   ☑ **NO**

FF) Have you ever been around someone who has had tuberculosis? If yes, who and when?  ■ **YES**   ☑ **NO**

GG) Were you born outside of the United States? If yes, what country?  ■ **YES**   ☑ **NO**

HH) Do you shoot drugs? If yes, what type?  ■ **YES**   ☑ **NO**

II) Have you ever considered yourself to be homeless?  ■ **YES**   ☑ **NO**

JJ) What religion do you practice?

   **none**

KK) Are you on a religious diet?  ■ **YES**   ☑ **NO**

LL) Are you currently taking any anti-viral or blood thinner medications?  ■ **YES**   ☑ **NO**

MM) Do you currently have medical insurance?  ☑ **YES**   ■ **NO**

   Name of insurance company:



**badgercare**

## II. MENTAL HEALTH SCREENING

A) Have you had any past mental health treatment? If yes, please explain what type of treatment and who is your mental health proffesional? ☑ **YES** ■ **NO**

a) Explain:

**Doctor at Ascension for anxiety**

B) Have you recently seen a mental health professional? If yes, when and where? ☑ **YES** ■ **NO**

b) Explain

**Last seen 2 days ago**

C) Have you recently been hospitalized for this problem? If yes, when and where? How many times? ■ **YES** ☑ **NO**

D) What medication do you take for this mental health problem? When did you take the medication last?

**Prescribed meds but doesn't take them**

## III. SUICIDE RISK SCREENING

A) Does this inmate's behavior suggest the risk of suicide? If yes, what comment was made, or what observation did you make? ■ **YES** ☑ **NO**

B) Do you feel suicidal at this time? ■ **YES** ☑ **NO**

C) Have you ever attempted suicide? ■ **YES** ☑ **NO**

D) Does this inmate exhibit behavior to suggest risk to himself/herself, staff and/or other inmates? If yes, what type of behavior was observed? ■ **YES** ☑ **NO**

E) Has there been any history of depression or suicide completion in your family? ■ **YES** ☑ **NO**

## IV. SUBSTANCE ABUSE

A) Does the inmate exhibit signs of being under the influence of drugs/alcohol? If yes, please explain. ■ **YES** ☑ **NO**

B) Do you use street drugs? If yes, what, how much, and when last used? ■ **YES** ☑ **NO**

C) Do you use alcohol? If yes, what, how much and when last used? ■ **YES** ☑ **NO**

D) Was PBT taken? ☑ **YES** ■ **NO**

d) Enter the result:

**.000**

E) Are there any other medical conditions we need to be aware of? If yes, please explain. ■ **YES** ☑ **NO**

F) Have you used any opioids (heroin, pills or any other type) in the last 6 months? ■ **YES** ☑ **NO**

G) Are you experiencing any cravings for opioids? ■ **YES** ☑ **NO**

Case 2:22-cv-00344-PP Filed 03/05/26 Page 112 of 115 Document 120-9 RCHM2002641



| | | |
|---|---|---|
| H) Do you feel you need help with your opioid use? | ■ YES | ☑ NO |
| J) Do you want to talk to a case manager about a medication that may be available to help you with your opioid use? | ■ YES | ☑ NO |

## V. VETERANS AND OTHER INFORMATION

1) Have you ever served in the United States military? If yes, enter the name of the branch of service the inmate served in and the dates. This is an example: (USAF- 12/75-12/79)  ■ YES  ☑ NO

2) If you served in the US Military, what type of discharge did you recieve?

- ■ **A) Honorable**
- ■ **B) General**
- ■ **C) Medical**
- ■ **D) Dishonorable**
- ■ **E) Other**

3) Are you currently recieving any form of veterans benefits? If yes, enter the type of benefit.  ■ YES  ■ NO

4) Do you have any children?  ■ YES  ☑ NO

## VI. PREA QUESTIONS

1) Do you have any mental, physical, or developmental disabilities that we should be aware of?  ■ YES  ☑ NO

2) What is the build of the inmate?

- ■ **A) Slim**
- ■ **B) Medium**
- ☑ **C) Heavy**

3) What is the age of the inmate?

**26**

| | | |
|---|---|---|
| 4) Have you been previously incarcerated? | ☑ YES | ■ NO |
| 5) Have you ever been convicted of a violent crime? | ■ YES | ☑ NO |
| 6) Have you ever been convicted of a sex offense against an adult or child? | ■ YES | ☑ NO |
| 7) Do you identify yourself with any of the following: gay, lesbian, bisexual, transgender, intersex, or Non-conforming? | ■ YES | ☑ NO |
| 8) Have you ever experienced sexual victimization? | ■ YES | ☑ NO |
| 9) Do you feel vulnerable at this time? | ■ YES | ☑ NO |
| 10) Is the inmate detained solely for civil immigration purposes? | ■ YES | ☑ NO |

## VII. SIGNATURE ACKNOWLEDGMENTS

Case 2:22-cv-00344-PP    Filed 03/05/26    Page 113 of 115    Document 112-9   RCH-M3002642



**CMS Medical Screening**

READ OUT LOUD TO THE INMATE: The Racine County Jail has rules. You will need to follow the rules or you could be disciplined and have sanctions applied to you. When you are moved to the housing area of the jail, you will be issued a rule book that lists all the rules and sanctions.

If you wish to guarantee continuation of the exact same medication that you bring into the jail facility, you will have to continue to provide that medication to the jail.

Inmate supplied medications will be reviewed and verified by a medical staff. If the medications are found to be medically necessary then the medications will be continued.

If you do not want to guarantee continuation of the exact same medication, your medical condition will be evaluated by on-site medical staff and different medication MAY be prescribed.

4) Inmate Signature:

_____    _10/01/2020 10:57_____

Signature                                          Date

RCHM2002643



# FLU VIRUS SCREENING WORKSHEET

Inmate's Name: *MALCOLM I JAMES*  SPN: 108534

Booking Date: 10-01-20  Staff's Name *Deputy Underly*  Payroll# 10512  Date: 10-1-20

TAKE INMATE'S TEMPERATURE IMMEDIATELY UPON ENTRY: 98.3 F.

## QUESTIONS TO ASK INMATE WHILE IN THE METALS ROOM

☐ Do you believe that you currently have flu symptoms or have been in close contact with someone who has the flu.  ___NO ___YES

☐ Have you had close contact with someone with lab-confirmed Coronavirus in the last 21 days?  ___NO ___YES

☐ Have you traveled to China, Iran, Italy, Japan or South Korea, or have had known contact with someone who has traveled to these countries within the past 21 days?  ___NO ___YES

☐ Is the temperature reading above 100.3?  ___NO ___YES

## INITIATE THE FOLLOWING IF "YES" TO ANY ITEM ABOVE

**Personal Protective Equipment**

☐ Give the inmate a face mask to wear. Staff should also don their facemask, goggles and gloves.

**Inmate Property Inventory**

☐ Any money should be placed on a paper towel on the counter and lightly sprayed with Virex (both sides) and the money accounted for in a paper envelope. Process the inmate's money as if the machine were inoperable.

☐ Property that can be vacuum-sealed shall be done as normal.

☐ Wearable property taken during pre-book and change-over that can be laundered will be placed in a yellow bag and washed as soon as possible.

☐ Property that cannot be washed shall be put in a yellow bag, tied shut, and placed in the inmate's property bag.

**Inmate Change-Over & Movement**

☐ Complete the pre-booking process change the inmate over completely, including shower with Lindane solution.

☐ Provide the inmate with standard change-over property.

☐ Escort the inmate immediately up to either 3A or 2A at the direction of your supervisor.

☐ After safely transporting and securing the inmate inside of a cell or dayroom on 3A or 2A, use Virex backpack located in the pre-book station, to spray down all areas that the inmate occupied throughout the process. Wash your hands properly at the conclusion of this process.

Created by Captain Friend 3/10/2020